UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Federal Trade Commission
                    Plaintiff,

v.                                               Case No.: 1:25–cv–02391
                                                        Honorable Jeffrey I Cummings

GTCR BC Holdings, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: This case has been assigned to the calendar of Judge Jeffrey I. Cummings. The parties' joint motion for entry of a stipulated temporary restraining order [26] is granted. Enter Stipulated TRO. Plaintiff's motion to seal portions of the complaint [7] is granted. By 3/18/24, the parties shall meet and confer and shall file a joint initial status report in accordance with the template available on the Court's website under the case management procedure titled "Initial Status Report for Newly Filed Cases." The parties shall also review all of the case management procedures and standing orders available on the Court's website, including the Court's case management procedure for motions to dismiss. The parties' initial joint status report shall include an agreed, proposed briefing schedule on on plaintiff's motion for preliminary injunction. Initial tracking status hearing set for 3/31/25 at 9:00 a.m. to track the case only (no appearance is required and the case will not be called). Instead, the Court will review the parties' joint initial status report and enter further orders as appropriate. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.