**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Federal Trade Commission
        Plaintiff,

v.        Case No.: 1:25−cv−02391
        Honorable Jeffrey I Cummings

GTCR BC Holdings, LLC, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' initial joint status report [43]. Telephonic status hearing set for 4/17/25 at 10:30 a.m. The call−in number for the hearing is (855) 244−8681 and the access code is 2311 121 8062. Members of the public and media will be able to call in to listen to the motion hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The previously set 3/31/25 tracking status hearing is stricken. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.