# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GTCR BC HOLDINGS, LLC, and**<br><br>**SURMODICS, INC.,**<br><br>*Defendants.* | Case No. 1:25-cv-02391<br><br>Hon. Jeffrey I. Cummings |

## JOINT MOTION FOR ENTRY OF [PROPOSED] JOINT STIPULATED CASE MANAGEMENT ORDER AND RESOLUTION OF AREAS OF IMPASSE

Pursuant to Federal Rule of Civil Procedure 26(f), Plaintiff Federal Trade Commission ("FTC" or "Commission") has met and conferred with Defendants GTCR BC Holdings, LLC ("BC Holdings") and Surmodics, Inc. (collectively, "Defendants") in regards to a Case Management Order. The parties have agreed on most elements of a [Proposed] Joint Stipulated Case Management Order, attached below, but disputes remain as to three issues. With regard to those issues, the parties have embedded the disputed language in the body of the [Proposed] Joint Case Management Order in **bold** text and included short statements with each side's positions following the disputed language. The parties respectfully request that the Court resolve those three areas of impasse and enter the attached [Proposed] Joint Stipulated Case Management Order. The parties are prepared to answer any questions the Court may have at the telephonic status hearing scheduled for April 17, 2025.

Dated: April 15, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Maia Perez | /s/ Daniel P. Culley |
| Maia Perez | |
| Jordan S. Andrew | Daniel P. Culley |
| James Weiss | CLEARY GOTTLIEB STEEN & |
| Federal Trade Commission | HAMILTON LLP |
| Bureau of Competition | 2112 Pennsylvania Avenue, NW |
| 600 Pennsylvania Avenue, NW | Washington, DC 20037 |
| Washington, DC 20580 | Tel.: (202) 974-1593 |
| Tel.: 202-322-8971 | Email: dculley@cgsh.com |
| Email: mperez@ftc.gov | |
| *Counsel for Plaintiff Federal Trade Commission* | *Attorneys for Defendant GTCR BC Holdings, LLC* |
| | |
| Le'Ora Tyree | |
| Federal Trade Commission | /s/ Paul Saint-Antoine |
| Bureau of Competition | |
| Midwest Regional Office | Paul Saint-Antoine |
| 230 S. Dearborn St., Room 3030 | FAEGRE DRINKER BIDDLE & REATH LLP |
| Chicago, IL 60604 | One Logan Square, Suite 2000 |
| | Philadelphia, PA 19103 |
| *Local Counsel for Plaintiff Federal Trade Commission* | Tel.: (215) 988-2990 |
| | Email: paul.saint-antoine @faegredrinker.com |
| | |
| | *Attorneys for Defendant Surmodics, Inc* |