# Exhibit A

| Event | Original CMSO Submission | Revised Date |
|---|---|---|
| Discovery Commences | March 18, 2025 | March 18, 2025 |
| Defendants' Answer to Plaintiff's Complaint | March 27, 2025 | March 27, 2025 |
| Exchange of Preliminary Fact Witness Lists | April 15, 2025 | April 15, 2025 |
| Plaintiffs' Amended Complaint | - | April 16, 2025 |
| Deadline for Serving Document Requests to Parties | April 29, 2025 | April 29, 2025 |
| Deadline for Serving Interrogatories and Requests for Admission (except Requests for Admission for Authentication/Admissibility) | April 29, 2025 | April 29, 2025 |
| Deadline for Defendants GTCR BC Holdings, LLC and Surmodics, Inc. to respond to Plaintiffs' Amended Complaint | - | April 30, 2025 |
| Deadline for Defendant GTCR LLC to respond to Plaintiffs' Amended Complaint | - | June 16, 2025 |
| Close of Fact Discovery | June 13, 2025 | July 10, 2025 |
| Plaintiff produces initial expert report(s) | June 13, 2025 | July 11, 2025 |
| Plaintiffs' Memorandum of Law in Support of Preliminary Injunction Motion | June 18, 2025 | July 16, 2025 |
| Deadline to Serve Requests for Admission for Authentication/Admissibility | July 2, 2025 | July 30, 2025 |
| Defendants produce expert report(s) | July 3, 2025 | July 31, 2025 |
| Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction | July 7, 2025 | August 4, 2025 |
| Exchange of Final Witness Lists | July 3, 2025 | August 6, 2025 |
| Exchange of Exhibit Lists | July 9, 2025 | August 6, 2025 |
| Plaintiff produces rebuttal expert reports | July 14, 2025 | August 11, 2025 |

| Event | Original CMSO Submission | Revised Date |
|---|---|---|
| Motions *In Limine* | July 14, 2025 | August 11, 2025 |
| *In camera* designations | By the date set in the pre-hearing order | By the date set in the pre-hearing order |
| Objections to Exhibits | July 18, 2025 | August 13, 2025 |
| Close of Expert Discovery | July 18, 2025 | August 15, 2025 |
| Plaintiffs' Reply to Defendants' Opposition to Preliminary Injunction Motion | July 18, 2025 | August 15, 2025 |
| Responses to Motions *In Limine* | July 18, 2025 | August 15, 2025 |
| Deadline for any challenges to *in camera* designations | By the date set in the pre-hearing order | By the date set in the pre-hearing order |
| Pre-Hearing Conference | July 22, 2025 | August 18, 2025 |
| Evidentiary Hearing | July 23-August 1, 2025 | August 20-August 29, 2025 |