UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants*. | Case No. 1:25-cv-02391 Hon. Jeffrey I. Cummings |

# JOINT STATUS REPORT

Pursuant to the Court's May 20, 2025 instructions, the parties submit this Joint Status Report regarding extension of the expiration date of the TRO, the prospects for settlement, and the parties' interest in participating in a settlement conference. ECF No. 99.

The parties additionally request from the Court an amended schedule that adjusts the briefing schedule for Plaintiffs' Preliminary Injunction Motion and submission of Defendants' Expert Report(s). The parties are prepared to answer any questions the Court may have.

1

**Temporary Restraining Order Extension**

The parties jointly agree and move this Court to enter an Amended Stipulated Order for a Temporary Restraining Order which extends the expiration date of the existing Temporary Restraining Order until the fifth business day after the district court rules on the Plaintiffs' motion for a preliminary injunction. Plaintiffs have separately filed a Joint Motion for Entry of Amended Stipulated Order for a Temporary Restraining Order, ECF No. 105, and submitted a Proposed Stipulated Order for an Amended Temporary Restraining Order to the Court.

**Settlement and Offer to Refer to Magistrate Judge**

The parties appreciate the Court's offer to open a settlement referral to the Magistrate Judge, and will contact the Court if they would like such a referral.

**Proposed Amended Schedule**

The parties appreciate the Court's entry of a revised Scheduling Order. ECF No. 100. The parties jointly request that certain dates in this Court's Scheduling Order be revised as detailed in Exhibit A in order to restore the original order of events and ratios of time sought by the parties in their April 23, 2025, Joint Status Report, while maintaining the revised Scheduling Order's shortened schedule. ECF No. 76. The parties will submit a proposed order to the Court by May 28.

Dated: May 27, 2025

Respectfully submitted,

/s/ Maia Perez
Maia Perez
Jordan S. Andrew
James Weiss
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: 202-322-8971
Email: mperez@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission
Bureau of Competition
Midwest Regional Office
230 S. Dearborn St., Room 3030
Chicago, IL 60604

*Local Counsel for Plaintiff Federal Trade Commission*

/s/ John Milligan
JOHN MILLIGAN
Assistant Attorney General

Office of the Illinois Attorney General
115 S. LaSalle Street, Floor 23
Chicago, IL 60603
Tel.: (773) 505-5937
Email: John.Milligan@ilag.gov

*Counsel for Plaintiff State of Illinois*

/s/ Elizabeth Odette
ELIZABETH ODETTE
Manager, Assistant Attorney General
Antitrust Division
Email: elizabeth.odette@ag.state.mn.us

/s/ Zach Biesanz
ZACH BIESANZ
Senior Enforcement Counsel
Antitrust Division
Email: zach.biesanz@ag.state.mn.us

Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
Saint Paul, MN 55101
Tel.: (651) 757-1257

*Counsel for Plaintiff State of Minnesota*

/s/ Daniel P. Culley

Daniel P. Culley
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel.: (202) 974-1593
Email: dculley@cgsh.com

*Counsel for Defendants GTCR LLC, GTCR BC Holdings, LLC*


/s/ Paul Saint-Antoine

Paul Saint-Antoine
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel.: (215) 988-2990
Email: paul.saint-antoine
@faegredrinker.com

*Counsel for Defendant Surmodics, Inc.*