# Exhibit A

| Event | Scheduling Order | Proposed Revised Date (changes in bold) |
|---|---|---|
| Discovery Commences | March 18, 2025 | March 18, 2025 |
| Defendants' Answer to Plaintiff's Complaint | March 27, 2025 | March 27, 2025 |
| Exchange of Preliminary Fact Witness Lists | April 15, 2025 | April 15, 2025 |
| Plaintiffs' Amended Complaint | April 16, 2025 | April 16, 2025 |
| Deadline for Serving Document Requests to Parties | April 29, 2025 | April 29, 2025 |
| Deadline for Serving Interrogatories and Requests for Admission (except Requests for Admission for Authentication/Admissibility) | April 29, 2025 | April 29, 2025 |
| Deadline for Defendants GTCR BC Holdings, LLC and Surmodics, Inc. to respond to Plaintiffs' Amended Complaint | April 30, 2025 | April 30, 2025 |
| Deadline for Defendant GTCR LLC to respond to Plaintiffs' Amended Complaint | June 16, 2025 | June 16, 2025 |
| Close of Fact Discovery | July 10, 2025 | July 10, 2025 |
| Plaintiff produces initial expert report(s) | July 11, 2025 | July 11, 2025 |
| Plaintiffs' Memorandum of Law in Support of Preliminary Injunction Motion | July 10, 2025 | **July 14, 2025** |
| Deadline to Serve Requests for Admission for Authentication/Admissibility | July 24, 2025 | July 24, 2025 |
| Defendants produce expert report(s) | July 24, 2025 | **July 29, 2025** |
| Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction | July 29, 2025 | **July 31, 2025** |
| Exchange of Final Witness Lists | July 31, 2025 | **August 1, 2025** |
| Exchange of Exhibit Lists | July 31, 2025 | **August 1, 2025** |
| Plaintiff produces rebuttal expert reports | August 8, 2025 | August 8, 2025 |

| Event | Scheduling Order | Revised Date |
|---|---|---|
| Motions *In Limine* | August 5, 2025 | August 5, 2025 |
| *In camera* designations | By the date set in the pre-hearing order | By the date set in the pre-hearing order |
| Objections to Exhibits | August 11, 2025 | August 11, 2025 |
| Close of Expert Discovery | August 11, 2025 | August 11, 2025 |
| Plaintiffs' Reply to Defendants' Opposition to Preliminary Injunction Motion | August 12, 2025 | August 12, 2025 |
| Responses to Motions *In Limine* | August 12, 2025 | August 12, 2025 |
| Deadline for any challenges to *in camera* designations | By the date set in the pre-hearing order | By the date set in the pre-hearing order |
| Pre-Hearing Conference | August 19, 2025 at 1:00 p.m. | August 19, 2025 at 1:00 p.m. |
| Evidentiary Hearing | August 21-August 29, 2025 | August 21-August 29, 2025 |