# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Federal Trade Commission, *et al.*, *Plaintiffs,* v. GTCR BC Holdings, LLC, *et al.*, *Defendants.* | Case No. 1:25-cv-02391 Hon. Jeffrey I. Cummings M.J. Gabriel Fuentes |

## JOINT MOTION TO SET BRIEFING SCHEDULE

Defendant Surmodics Inc. ("Surmodics") and non-party Philips Healthcare ("Philips"), by and through undersigned counsel and on behalf of counsel for non-party Philips, pursuant to this Court's Case Procedures Regarding Motion Practice, hereby submit this Joint Motion to Set a Briefing Schedule regarding Surmodics' Opposed Motion to Compel Nonparty Philips to Comply with Subpoena. Dkt. 111 ("Motion to Compel"). In support, Surmodics and non-party Philips state the following:

1. Surmodics filed its Motion to Compel Philips on June 2, 2025. *See* Dkt. 111.

2. Counsel for Surmodics and Philips have negotiated and consented to a briefing schedule for the Motion to Compel.

3. WHEREFORE, the parties respectfully request that the Court GRANT the instant Joint Motion and set the briefing schedule as follows:

    a. Philips' Opposition: **June 23, 2025.**

    b. Surmodics' Reply: **June 27, 2025.**

Respectfully submitted this 4th day of June 2025.

/s/ *Joshua P. Mahoney*
Joshua P. Mahoney
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 212-6520
josh.mahoney@faegredrinker.com

Paul H. Saint-Antoine (*pro hac vice*)
Joanne C. Lewers (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Tel: (215) 988-2990
Tel: (215) 988-2712
paul.saint-antoine@faegredrinker.com
joanne.lewers@faegredrinker.com

Jonathan H. Todt
Matthew R. Lechner (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5832
Tel: (202) 230-5222
jonathan.todt@faegredrinker.com
matthew.lechner@faegredrinker.com

Anna Sallstrom (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
anna.sallstrom@faegredrinker.com

*Counsel for Defendant Surmodics, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2025, I electronically filed a true and correct copy of the foregoing document using the United States District Court for the Northern District of Illinois' CM/ECF System, which will send a notice of electronic filing to all counsel of record.

<u>/s/ Joshua P. Mahoney</u>
<i>Counsel for Defendant Surmodics, Inc.</i>