# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, **STATE OF ILLINOIS**, and **STATE OF MINNESOTA**, <br><br>*Plaintiffs*, <br><br>v. <br><br>**GTCR, LLC**, **GTCR BC HOLDINGS, LLC**, and **SURMODICS, INC.**, <br><br>*Defendants*. | Case No. 1:25-cv-02391 <br><br> Hon. Jeffrey I. Cummings |

### PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION TO CONTINUE ITS RESPONSE TO DEFENDANTS' COUNTERCLAIMS

Plaintiff Federal Trade Commission (the "Commission") respectfully requests that the Court extend the deadline for the Commission's response to all Counterclaims filed by Defendants GTCR, LLC, GTCR BC Holdings, LLC, and Surmodics, Inc. (collectively, "Defendants") until September 19, 2025. Defendants do not oppose this Motion. In support, the Commission states the following:

1. The Commission filed its Complaint against Defendant GTCR BC Holdings, LLC and Defendant Surmodics, Inc. on March 6, 2025 (ECF No. 1).

2. Defendant GTCR BC Holdings, LLC and Defendant Surmodics, Inc. served Counterclaims against the Commission on April 16, 2025 (ECF Nos. 49, 51, 73, 83).

3. The Commission filed an Amended Complaint adding GTCR, LLC as a Defendant on April 16, 2025 (ECF No. 66).

4. Defendant GTCR, LLC will serve its Motion to Dismiss or Answer, including any Counterclaims against the Commission, by June 16, 2025.

5. The Commission's deadline to respond to the Counterclaims filed by Defendants GTCR BC Holdings, LLC and Surmodics, Inc. is June 16, 2025.

6. The preliminary injunction hearing is scheduled to begin on August 21, 2025, and to end no later than August 29, 2025.

The Commission therefore respectfully requests that the Court extend the deadline for the Commission's response to the Counterclaims filed by Defendants GTCR BC Holdings, LLC and Surmodics, Inc. and any Counterclaims filed by GTCR, LLC until September 19, 2025.

June 10, 2025  Respectfully submitted,

/s/ Maia Perez_____
Maia Perez
Jordan S. Andrew
James Weiss
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3522
Email: mperez@ftc.gov
*Counsel for Plaintiff*
*Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission
Midwest Regional Office
230 S. Dearborn Street, Room 3030
Chicago, IL 60604
*Local Counsel for Plaintiff*
*Federal Trade Commission*

## **CERTIFICATE OF SERVICE**

      Pursuant to Local Rule 5.9, I hereby certify that on this 10th day of June 2025, the foregoing was electronically filed using the Court's CM/ECF system and constitutes service to the attorneys of record who have consented to accept service by electronic means and that GTCR, LLC's, GTCR BC Holdings, LLC's, and Surmodics, Inc.'s counsel of record are being served with a copy of this document via electronic mail.

Dated: June 10, 2025                                             */s/ Maia Perez*
                                                                                                           Maia Perez