# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Federal Trade Commission, et al.
                              Plaintiff,
v.                                           Case No.: 1:25−cv−02391
                                             Honorable Jeffrey I Cummings
GTCR BC Holdings, LLC, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's unopposed motion to continue its response to defendants' counterclaims [119] is granted. Plaintiff's response shall be filed by 9/19/25. Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.