UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, **STATE OF ILLINOIS**, and **STATE OF MINNESOTA**, *Plaintiffs*, v. **GTCR, LLC**, **GTCR BC HOLDINGS, LLC**, and **SURMODICS, INC.**, *Defendants*. | Case No. 1:25-cv-02391 Hon. Jeffrey I. Cummings |

**JOINT MOTION FOR ENTRY OF [PROPOSED]**
**STIPULATED ORDER CONTINUING MOTION TO DISMISS DEADLINE**

Plaintiffs Federal Trade Commission ("FTC"), the State of Illinois, and the State of Minnesota, (collectively, "Plaintiffs") and Defendants GTCR, LLC, GTCR BC Holdings, LLC, and Surmodics, Inc. (collectively, "Defendants," together with Plaintiffs, the "Parties") respectfully request that the Court enter their [Proposed] Stipulated Order continuing the deadline for Defendant GTCR, LLC to respond to the Amended Complaint and setting a briefing schedule for GTCR, LLC's forthcoming motion to dismiss that reflects the agreement of the parties. In support, the Parties state the following:

1. Plaintiffs filed their Amended Complaint adding GTCR, LLC as a Defendant on April 16, 2025 (ECF No. 66).

1

2. The Scheduling Order provides that Defendant GTCR, LLC will respond to the Amended Complaint by June 16, 2025 (ECF No. 100).

3. Counsel for GTCR, LLC reserves the right to file a motion to dismiss the Amended Complaint.

4. The Parties have conferred and agree to continue the deadline for GTCR, LLC to file a response to the Amended Complaint until June 30, 2025.

5. The Parties also agree that Plaintiffs' response brief to any motion to dismiss shall be due 30 days after the motion to dismiss is filed, and any reply brief shall be due 14 days after the filing of the response brief.

Dated: June 16, 2025

/s/ *Marguerite M. Sullivan*
Marguerite M. Sullivan (*pro hac vice*)
Latham & Watkins LLP
555 11th Street NW, Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
Email: marguerite.sullivan@lw.com

/s/ *Daniel P. Culley* (with consent)
Daniel P. Culley
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 974-1593
Email: dculley@cgsh.com
*Counsel for Defendants GTCR, LLC and GTCR BC Holdings, LLC*

/s/ *Paul Saint-Antoine* (with consent)
Paul Saint-Antoine
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel.: (215) 988-2990
Email: paul.saint-antoine@faegredrinker.com
*Counsel for Defendant Surmodics, Inc.*

Respectfully submitted,

/s/ *Maia Perez* (with consent)
Maia Perez Jordan
S. Andrew James
Weiss
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-3522
Email: mperez@ftc.gov
*Counsel for Plaintiff Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission
Midwest Regional Office
230 S. Dearborn Street, Room 3030
Chicago, IL 60604
*Local Counsel for Plaintiff Federal Trade Commission*

/s/ *John Milligan* (with consent)
JOHN MILLIGAN
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street, Floor 23
Chicago, IL 60603
Tel.: (773) 505-5937
Email: John.Milligan@ilag.gov
*Counsel for Plaintiff State of Illinois*

/s/ *Elizabeth Odette* (with consent)
ELIZABETH ODETTE
Manager, Assistant Attorney General
Antitrust Division
Email: elizabeth.odette@ag.state.mn.us

/s/ *Zach Biesanz* (with consent)
ZACH BIESANZ
Senior Enforcement Counsel Antitrust Division
Email: zach.biesanz@ag.state.mn.us
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
Saint Paul, MN 55101
Tel.: (651) 757-1257
*Counsel for Plaintiff State of Minnesota*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served electronically through this Court's electronic service system upon all parties and/or counsel of record on June 16, 2025. Notice of this filing is sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan