**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ILLINOIS, and STATE OF MINNESOTA, | |
| Plaintiffs, | No. 25-cv-2391 |
| v. | District Judge Jeffrey I. Cummings |
| GTCR, LLC, GTCR BC HOLDINGS, LLC, and SURMODICS, INC., | |
| Defendants. | |

**GTCR LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE
GTCR LLC's ANSWER AND DEFENSES TO AMENDED COMPLAINT UNDER SEAL**

Pursuant to Local Civil Rules 5.8 and 26.2 and Paragraph 10 of the Confidentiality Order (Dkt. 61), Defendant GTCR LLC respectfully moves the Court for leave to file under seal its Answer and Affirmative Defenses ("GTCR LLC's Answer"). GTCR LLC conferred with Plaintiffs in this matter and can represent that this motion to seal is unopposed.

1.      Although federal courts recognize a general common law right of public access to court records and proceedings, the right of access is not absolute. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597-99 (1978). Courts have the discretion to deny such public access where appropriate. *See id.* To determine whether documents should be placed under seal, a court must balance the public's interest in access to judicial documents against the privacy interests of those resisting disclosure. *See In re Associated Press*, 162 F.3d 503 (7th Cir. 1998). Good cause is

1

required to seal any portion of the judicial record from public view.  *See Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943, 944 (7th Cir. 1999).

2. There is good cause to seal GTCR LLC's Answer. As required by Local Civil Rule 10.1, each numbered paragraph of GTCR LLC's Answer states the allegation from the Amended Complaint to which it is directed. Those allegations contain sensitive proprietary business information provided to the Federal Trade Commission (the "Commission") by Defendants GTCR BC Holdings, LLC and Surmodics Inc. and non-parties during the Commission's investigation in connection with the proposed acquisition in this case, with the expectation that the confidentiality of that information would be maintained.

3. To continue to protect that confidential information from public disclosure, the Commission moved to seal the Amended Complaint, and the Court granted that motion. Dkts. 67, 70. Likewise, Surmodics, Inc. and GTCR BC Holdings, LLC moved to seal their respective Answers, Defenses and Counterclaims to Plaintiffs' Amended Complaint, and the Court granted those motions. Dkts. 86, 88, 90.

4. GTCR LLC's Answer should be placed under seal because it contains highly confidential and competitively sensitive commercial information, public disclosure of which would be harmful to Surmodics, Inc.; GTCR BC Holdings, LLC; and other companies that provided the information.

5. Accordingly, for the reasons stated above, and good cause shown, GTCR LLC respectfully requests that the Court allow for the GTCR LLC's Amended Complaint to be filed under seal.

6.      In conjunction with this motion, GTCR LLC publicly files a redacted version of its Answer and Defenses and provisionally files under seal an unredacted version of its Answer and Defenses as an attachment to this filing.  At the time of filing, GTCR LLC will also serve an underacted version of GTCR LLC's Answer via email upon all counsel of record.

WHEREFORE, GTCR LLC respectfully requests this Court grant it leave to file under seal GTCR LLC's Answer.

Dated:   June 30, 2025                    Respectfully submitted,

*/s/ Gary Feinerman*
Gary Feinerman (ARDC No. 6206906)
Sean M. Berkowitz (ARDC No. 6209701)
Heather A. Waller (ARDC No. 6302537)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com
sean.berkowitz@lw.com
heather.waller@lw.com

Amanda P. Reeves (*pro hac vice*)
Marguerite Mitchell Sullivan (*pro hac vice*)
Ian R. Conner (*pro hac vice*)
Christopher Brown (*pro hac vice*)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
amanda.reeves@lw.com
marguerite.sullivan@lw.com
ian.conner@lw.com
chris.brown@lw.com

Lawrence E. Buterman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
lawrence.buterman@lw.com

Alfred C. Pfeiffer, Jr. (CA Bar No. 120965)
Kelly Smith Fayne (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
kelly.fayne@lw.com

Elyse M. Greenwald (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
elyse.greenwald@lw.com

Daniel P. Culley (*pro hac vice*)
D. Bruce Hoffman (*pro hac vice*)
Blair West Matthews (*pro hac vice*)
Gabriel J. Lazarus (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave., NW
Washington, D.C. 20037
202-974-1500
dculley@cgsh.com
bhoffman@cgsh.com
bmatthews@cgsh.com
glazarus@cgsh.com

Heather S. Nyong'o (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California St.
San Francisco, CA 94108
415-796-4400
hnyongo@cgsh.com

Matthew Yelovich (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Mill Page Road
Palo Alto, CA 94304
650-815-4152
myelovich@cgsh.com

Miranda Herzog (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
212-225-2152
mherzog@cgsh.com

*Counsel for GTCR LLC*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing was served electronically through this Court's electronic service system upon all parties and/or counsel of record on June 30, 2025. Notice of this filing is sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>*/s/ Gary Feinerman*</u>
Gary Feinerman