# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants*. | Case No. 1:25-cv-02391 Hon. Jeffrey I. Cummings |

## JOINT MOTION FOR ENTRY OF [PROPOSED] STIPULATED ORDER TO AMEND PLAINTIFFS' REPLY MEMORANDUM WORD LIMIT

Plaintiffs Federal Trade Commission (the "Commission"), the State of Illinois, and the State of Minnesota (collectively, "Plaintiffs") and Defendants GTCR, LLC, GTCR BC Holdings, LLC, and Surmodics, Inc. ("Surmodics") (collectively, "Defendants") respectfully move this Court for an order amending the word limit for Plaintiffs' reply memorandum in further support of their motion for a preliminary injunction in the Agreed Case Management Order from 6,500 words to 8,500 words. *See* ECF No. 71. The parties jointly agree to this amendment to enable Plaintiffs to address Defendants' proposed divestiture agreement and associated contracts, which were not yet available at the time Plaintiffs' Memorandum of Law in Support of Their Motion for a Preliminary Injunction was filed and for which discovery is ongoing, in their reply memorandum.

Plaintiffs intend to file their reply memorandum by August 12, 2025. The parties respectfully request that the Court enter the submitted proposed order as soon as practicable.

July 25, 2025

Respectfully submitted,

*/s/ Maia Perez*
Maia Perez
Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, DC 20580
Tel: (202) 326-3522
Email: mperez@ftc.gov
*Counsel for Plaintiff*
*Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission Midwest Regional Office
230 S. Dearborn Street, Room 3030
Chicago, IL 60604
*Local Counsel for Plaintiff*
*Federal Trade Commission*

*/s/ John Milligan*
JOHN MILLIGAN
Assistant Attorney General
Office of the Illinois Attorney General 115 S. LaSalle Street, Floor 23
Chicago, IL 60603
Tel.: (773) 505-5937
Email: John.Milligan@ilag.gov
*Counsel for Plaintiff State of Illinois*

*/s/ Elizabeth Odette*
ELIZABETH ODETTE
Manager, Assistant Attorney General Antitrust Division
Email: elizabeth.odette@ag.state.mn.us

*/s/ Zach Biesanz*
ZACH BIESANZ
Senior Enforcement Counsel Antitrust Division
Email: zach.biesanz@ag.state.mn.us Office of the Minnesota Attorney General 445 Minnesota Street, Suite 600
Saint Paul, MN 55101 Tel.: (651) 757-1257
*Counsel for Plaintiff State of Minnesota*

*/s/ Daniel P. Culley*
Daniel P. Culley
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 974-1593
Email: dculley@cgsh.com
*Counsel for Defendants GTCR, LLC and GTCR BC Holdings, LLC*

*/s/ Paul Saint-Antoine*
Paul Saint-Antoine
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel.: (215) 988-2990
Email: paul.saint-antoine@faegredrinker.com
*Counsel for Defendant Surmodics, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.9, I hereby certify that on this 25th day of July 2025, the foregoing was electronically filed using the Court's CM/ECF system and constitutes service to the attorneys of record who have consented to accept service by electronic means and that GTCR, LLC's, GTCR BC Holdings, LLC's, and Surmodics, Inc.'s counsel of record are being served with a copy of this document via electronic mail.

Dated: July 25, 2025               */s/ Maia Perez*
                                                         Maia Perez