# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants*. | Case No. 25-cv-02391 Hon. Jeffrey I. Cummings |

## ORDER AMENDING PLAINTIFFS' REPLY MEMORANDUM WORD LIMIT

Upon consideration of the parties' joint motion for an order directing that the word limit for Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for a Preliminary Injunction be amended,

IT IS HEREBY ORDERED that Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for a Preliminary Injunction is not to exceed 8,500 words.

SO ORDERED, this 25th day of July, 2025.

_____
Hon. Jeffrey I. Cummings
United States District Judge