# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Federal Trade Commission, et al.

                              Plaintiff,

v.                                                             Case No.: 1:25−cv−02391
                                                                 Honorable Jeffrey I Cummings

GTCR BC Holdings, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Telephonic motion hearing held on 7/25/25. For the reasons stated on the record, the Opposed Motion by Defendant Surmodics, Inc. to Compel Philips Healthcare to comply with Subpoena [111] is granted in part, and denied in part. By August 11, 2025, Philips is ordered to produce documents and information sufficient to show the sales revenue, type of lubricious coating used, and Philips' evaluation of which lubricious coatings it considered for the twelve devices listed in Exhibit 3 to Surmodics' motion [111−3 at 3] and the four additional devices identified by Surmodics on the record (sixteen devices total) for January 1, 2021 to the present. For clarity, responsive information must be produced for devices from this narrowed list of sixteen, which have a hydrophilic coating or a mix of hydrophilic and non−hydrophilic coatings. No information need be produced for the specified devices, if any, that do not utilize hydrophilic coatings. Counsel for Surmodics and Philips are directed to meet and confer to discuss the most efficient manner to transfer this data from Philips to Surmodics. The parties are further ordered to file a Joint Status Report no later than 8/1/2025 informing the Court of their compliance with the current deadlines, any disputes, and progress with respect to the FTC's review of the potential divestiture. The parties should further indicate whether they are mutually interested in participating in a settlement conference with the assigned Magistrate Judge or this Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.