**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants*. | **Case No. 1:25-cv-02391** |

**JOINT MOTION FOR EXTENSION OF TIME FOR**
**PRELIMINARY INJUNCTION BRIEFING**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Parties respectfully request that the Court extend the deadline in the Amended Schedule (Dkt. 167) for Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction ("Opposition") and Plaintiffs' Reply in Support of its Motion for Preliminary Injunction ("Reply"). In support of this Motion, the Parties state as follows:

1. On July 10, 2025, the Court entered an Amended Schedule (Dkt. 167), under which Defendants' Opposition is due July 31, 2025, and Plaintiffs' Reply is due August 12, 2025.

2. As discussed at the July 25, 2025 hearing, the Parties have completed a substantial amount of discovery, including taking over 50 depositions to date. Despite the Parties' best efforts to complete fact discovery by the July 10, 2025 deadline, certain third-party productions and

1

depositions have yet to be completed—including, critically, the deposition of the buyer for the signed divestiture (the "Proposed Buyer") discussed at the July 25, 2025 hearing.

3.       The Proposed Buyer completed its document production on July 28, 2025, and the Parties have agreed to conduct the deposition of the Proposed Buyer's corporate representative on July 31, 2025. Given the Parties' need to complete and incorporate discovery from the Proposed Buyer's documents and deposition, the Parties need additional time to submit the Opposition and Reply, as previewed during the July 25, 2025 hearing.

4.       Accordingly, the Parties respectfully request that the Court extend the deadline for Defendants' Opposition to August 3, 2025, and the deadline for Plaintiffs' Reply to August 14, 2025. Federal Rule of Civil Procedure 6(a)(1)(C) does not apply to the extent these deadlines fall on a weekend.

July 30, 2025

Respectfully submitted,

/s/ Maia Perez
Maia Perez
Federal Trade Commission 600 Pennsylvania
Avenue, NW Washington, DC 20580
Tel: (202) 326-3522
Email: mperez@ftc.gov
*Counsel for Plaintiff*
*Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission Midwest Regional
Office
230 S. Dearborn Street, Room 3030
Chicago, IL 60604

*Local Counsel for Plaintiff*
*Federal Trade Commission*

/s/ John Milligan
JOHN MILLIGAN
Assistant Attorney General
Office of the Illinois Attorney General 115 S.
LaSalle Street, Floor 23
Chicago, IL 60603
Tel.: (773) 505-5937
Email: John.Milligan@ilag.gov

*Counsel for Plaintiff State of Illinois*

/s/ Elizabeth Odette
ELIZABETH ODETTE
Manager, Assistant Attorney General Antitrust
Division
Email: elizabeth.odette@ag.state.mn.us

/s/ Zach Biesanz
ZACH BIESANZ
Senior Enforcement Counsel Antitrust Division
Email: zach.biesanz@ag.state.mn.us
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600

/s/ Sean M. Berkowitz
Sean M. Berkowitz
Gary Feinerman
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
312-876-7700
sean.berkowitz@lw.com
gary.feinerman@lw.com

Alfred Pfeiffer
Kelly S. Fayne (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600
al.pfeiffer@lw.com
kelly.fayne@lw.com

Ian Conner (pro hac vice)
Amanda P. Reeves (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004
202-637-2200
ian.conner@lw.com
amanda.reeves@lw.com

/s/ Daniel P. Culley
Daniel P. Culley
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
(202) 974-1593
dculley@cgsh.com

*Counsel for Defendants GTCR, LLC and*
*GTCR BC Holdings, LLC*

/s/ Paul Saint-Antoine
Paul Saint-Antoine

Saint Paul, MN 55101 Tel.: (651) 757-1257

*Counsel for Plaintiff State of Minnesota*

FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2990
paul.saint-antoine@faegredrinker.com

*Counsel for Defendant Surmodics, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Local Rule 5.9, I hereby certify that on this 30th day of July 2025, the foregoing was electronically filed using the Court's CM/ECF system and constitutes service to the attorneys of record who have consented to accept service by electronic means.


Dated: July 30, 2025                    /s/ *Sean M. Berkowitz*
                                        Sean M. Berkowitz