UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants*. | **Case No. 1:25-cv-02391** |

## JOINT STATUS REPORT

Pursuant to the Court's instructions at the July 25, 2025 conference and subsequent Order (Dkt. 188), the Parties have met and conferred and submit this joint status report regarding "compliance with the current deadlines, any disputes, and progress with respect to the FTC's review of the potential divestiture," as well as "whether they are mutually interested in participating in a settlement conference with the assigned Magistrate Judge or this Court" (Dkt. 188).  As discussed with the Court, the Parties would appreciate the Court's assistance with the disputes included in a draft Joint Proposed Pre-Hearing Order that the Parties will submit on Monday, August 4, 2025.  The Parties will subsequently file a Final Joint Proposed Pre-Hearing Order that includes all resolved issues related to the preparation and conduct of the Hearing, along with the required Witness Lists, Exhibit Lists, Depositions and Other Prior Testimony, and

1

Objections as required by the Court's Standing Order in advance of the August 19, 2025 pre-hearing conference.

I. **DIVESTITURE AND MEDIATION UPDATE**

    a. **Plaintiffs' Position**: Plaintiffs continue to review the divestiture proposal put forward by Defendants. On Wednesday, July 30, Plaintiffs received a copy of an Asset Purchase Agreement that has been executed by Defendants and a divestiture buyer. Plaintiffs also received on July 30 "substantially final" additional agreements that are relevant to the divestiture, including a transition service agreement, a transition supply agreement, and a separately drafted amendment to the transition supply agreement. Given Plaintiffs' ongoing review of the proposal as well as other recently produced materials related to the proposed divestiture, Plaintiffs do not believe that referral to mediation would be productive at this time.

    b. **Defendants' Position**: The divestiture is now fully signed and executed as memorialized in an Asset Purchase Agreement between the seller GTCR BC Holdings, LLC and the divestiture buyer, a well qualified buyer with experience in the medical device industry. Ancillary agreements (*e.g.*, the transition services agreement, transition supply agreement, etc.) to the Asset Purchase Agreement will be executed at closing in the forms already provided to the FTC, as is customary when parties enter into such definitive purchase agreements. Defendants believe that the divestiture fully addresses the FTC's concerns and should resolve this litigation. Defendants seek to reach an amicable resolution with Plaintiffs that conserves the resources of the Parties and the Court. Defendants are willing and available to participate in mediation with the Court or Magistrate Judge at the earliest opportunity.

## II. PARTIES' COMPLIANCE WITH DEADLINES

a. On July 30, 2025, the Parties filed a joint motion for extension of time for Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, and Plaintiffs' Reply. The Court granted the Motion on July 31, 2025.

## III. AGREED UPON HEARING PROCEDURES

a. The Parties are conferring regarding agreed upon hearing procedures and the Parties' draft pre-hearing order pursuant to the Court's standing orders. While the Parties have been able to agree on many issues, a number of significant issues remain.

b. The Parties will provide the Court with their draft pre-hearing order detailing the disputed issues no later than Monday, August 4, 2025.

c. Given the upcoming August 21, 2025 hearing and the fact that the disputed procedures impact the Parties' hearing preparation, the Parties are available for a telephonic hearing next week to address these issues with the Court rather than addressing them at the August 19, 2025 pre-hearing conference.

August 1, 2025

Respectfully submitted,

/s/ Maia Perez (with consent)
Maia Perez
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-3522
mperez@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission Midwest Regional
Office
230 S. Dearborn Street, Room 3030
Chicago, IL 60604

*Local Counsel for Plaintiff*
*Federal Trade Commission*

/s/ John Milligan
JOHN MILLIGAN
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street, Floor 23
Chicago, IL 60603
(773) 505-5937
John.Milligan@ilag.gov

*Counsel for Plaintiff State of Illinois*

/s/ Elizabeth Odette
ELIZABETH ODETTE
Manager, Assistant Attorney General Antitrust
Division
elizabeth.odette@ag.state.mn.us

/s/ Zach Biesanz
ZACH BIESANZ
Senior Enforcement Counsel Antitrust Division
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600

/s/ Sean M. Berkowitz
Sean M. Berkowitz
Gary Feinerman
Heather A. Waller
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
312-876-7700
sean.berkowitz@lw.com
gary.feinerman@lw.com
heather.waller@lw.com

Kelly S. Fayne (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600
kelly.fayne@lw.com

Marguerite Sullivan (pro hac vice)
Ian Conner (pro hac vice)
Amanda P. Reeves (pro hac vice)
Lawrence Buterman (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004
202-637-2200
marguerite.sullivan@lw.com
ian.conner@lw.com
amanda.reeves@lw.com
lawrence.buterman@lw.com

/s/ Daniel P. Culley
Daniel P. Culley
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
(202) 974-1593
dculley@cgsh.com

*Counsel for Defendants GTCR, LLC and*
*GTCR BC Holdings, LLC*

4

Saint Paul, MN 55101
(651) 757-1257
zach.biesanz@ag.state.mn.u

*Counsel for Plaintiff State of Minnesota*

/s/  *Paul Saint-Antoine*
Paul Saint-Antoine
FAEGRE DRINKER BIDDLE & REATH
LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2990
paul.saint-antoine@faegredrinker.com

*Counsel for Defendant Surmodics, Inc.*