UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants*. | Case No. 1:25-cv-02391 |

### DEFENDANTS' UNOPPOSED MOTION TO SEAL THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Paragraph 10 of the Confidentiality Order (Dkt. 61), Defendants GTCR, LLC, GTCR BC Holdings, LLC, and Surmodics, Inc. (collectively, "Defendants") respectfully move the Court for an order, pursuant to Rules 5.2 and 7(b) of the Federal Rules of Civil Procedure and Local Rules 5.8 and 26.2, directing the Clerk of the Court to file under seal, until further order, (1) Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, (2) the declaration of Marguerite Sullivan and corresponding exhibits to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, and (3) the declaration of Ian Conner (collectively, "Defendants' Opposition"). Defendants conferred with Plaintiffs who indicated that Plaintiffs do not oppose this motion.

Pursuant to the Court's Confidentiality Order, "[i]n the event that any Confidential Material is contained in any pleading, motion, exhibit or other paper filed or to be filed with the

1

Court, the Court shall be so informed by the Party filing such papers, and such papers shall be filed *in camera*." Dkt. No. 61, ¶ 10. Defendants' Opposition includes information designated as "Confidential Material," including potentially sensitive business information provided by Defendants and third-parties.

In conjunction with this motion, Defendants provisionally file under seal an unredacted version of Defendants' Opposition. Pursuant to the Confidentiality Order, Dkt. 61, Defendants will publicly file a redacted version of their Opposition within five (5) business days of the filing of Defendants' Opposition. At the time of filing, Defendants will also serve an unredacted version of Defendants' Opposition via email upon all counsel of record.

WHEREFORE, Defendants respectfully request this Court grant them leave to file under seal Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction.

Date: August 3, 2025

Respectfully submitted,

*/s/ Marguerite Sullivan*
Sean M. Berkowitz
Gary Feinerman
Heather A. Waller
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
312-876-7700
sean.berkowitz@lw.com
gary.feinerman@lw.com
heather.waller@lw.com

Kelly S. Fayne (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600
kelly.fayne@lw.com

Marguerite Sullivan (pro hac vice)
Ian Conner (pro hac vice)
Amanda P. Reeves (pro hac vice)
Lawrence Buterman (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004
202-637-2200
marguerite.sullivan@lw.com
ian.conner@lw.com
amanda.reeves@lw.com
lawrence.buterman@lw.com

/s/ Daniel P. Culley
Daniel P. Culley
D. Bruce Hoffman (*pro hac vice*)
Blair West Matthews (*pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
(202) 974-1593
dculley@cgsh.com
bhoffman@cgsh.com
bmatthews@cgsh.com

Heather S. Nyong'o (*pro hac vice*)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
650 California St.
San Francisco, CA 94108
415-796-4400
hnyongo@cgsh.com

*Counsel for Defendants GTCR, LLC and GTCR BC Holdings, LLC*

/s/ Paul Saint-Antoine
Paul Saint-Antoine (*pro hac vice*)
Joanne C. Lewers (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2990
paul.saint-antoine@faegredrinker.com

Joshua P. Mahoney
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 212-6520
josh.mahoney@faegredrinker.com

*Counsel for Defendant Surmodics, Inc.*

4

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served electronically through this Court's electronic service system upon all parties and/or counsel of record on August 3, 2025. Notice of this filing is sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Marguerite Sullivan*
Marguerite Sullivan
