UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC, GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants.* | Case No. 1:25-cv-02391 |

**JOINT SUBMISSION OF THE PARTIES' DRAFT PROPOSED PRE-HEARING ORDER**

As previewed for the Court at the July 25, 2025 hearing and in the Parties' August 1, 2025 Joint Status Report (Dkt. 200), the Parties have met and conferred regarding the Proposed Pre-Hearing Order. The Parties have agreed on some elements of a Proposed Pre-Hearing Order but disputes remain as to certain issues. The Parties respectfully submit the attached draft Proposed Pre-Hearing Order, which contains each side's proposals regarding outstanding disputed issues. The Parties respectfully request the Court's assistance in resolving these areas of impasse. The Parties are available at the Court's earliest convenience to address the competing proposals contained in the draft Proposed Pre-Hearing Order, attached hereto as Exhibit A.

1

August 4, 2025

| | |
|---|---|
| Respectfully submitted, | */s/ Sean M. Berkowitz* |
| | Sean M. Berkowitz |
| */s/ Maia Perez (with consent)* | Gary Feinerman |
| Maia Perez | Heather A. Waller |
| Federal Trade Commission | LATHAM & WATKINS LLP |
| 600 Pennsylvania Avenue, NW | 330 North Wabash Avenue, Suite 2800 |
| Washington, DC 20580 | Chicago, IL 60611 |
| (202) 326-3522 | 312-876-7700 |
| mperez@ftc.gov | sean.berkowitz@lw.com |
| | gary.feinerman@lw.com |
| *Counsel for Plaintiff* | heather.waller@lw.com |
| *Federal Trade Commission* | |
| | Kelly S. Fayne (pro hac vice) |
| Le'Ora Tyree | LATHAM & WATKINS LLP |
| Federal Trade Commission Midwest Regional Office | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| 230 S. Dearborn Street, Room 3030 | 415-391-0600 |
| Chicago, IL 60604 | kelly.fayne@lw.com |
| | |
| *Local Counsel for Plaintiff* | Marguerite Sullivan (pro hac vice) |
| *Federal Trade Commission* | Ian Conner (pro hac vice) |
| | Amanda P. Reeves (pro hac vice) |
| */s/ John Milligan* | Lawrence Buterman (pro hac vice) |
| JOHN MILLIGAN | LATHAM & WATKINS LLP |
| Assistant Attorney General | 555 Eleventh Street, NW |
| Office of the Illinois Attorney General | Washington, DC 20004 |
| 115 S. LaSalle Street, Floor 23 | 202-637-2200 |
| Chicago, IL 60603 | marguerite.sullivan@lw.com |
| (773) 505-5937 | ian.conner@lw.com |
| John.Milligan@ilag.gov | amanda.reeves@lw.com |
| | lawrence.buterman@lw.com |
| *Counsel for Plaintiff State of Illinois* | |
| | */s/ Daniel P. Culley* |
| */s/ Elizabeth Odette* | Daniel P. Culley |
| ELIZABETH ODETTE | D. Bruce Hoffman (*pro hac vice*) |
| Manager, Assistant Attorney General Antitrust Division | Blair West Matthews (*pro hac vice*) |
| | Cleary Gottlieb Steen & Hamilton LLP |
| elizabeth.odette@ag.state.mn.us | 2112 Pennsylvania Avenue NW |
| | Washington, DC 20037 |
| */s/ Zach Biesanz* | (202) 974-1593 |
| ZACH BIESANZ | dculley@cgsh.com |
| Senior Enforcement Counsel Antitrust Division | bhoffman@cgsh.com |
| Office of the Minnesota Attorney General | bmatthews@cgsh.com |
| 445 Minnesota Street, Suite 600 | |

2

Saint Paul, MN 55101
(651) 757-1257
zach.biesanz@ag.state.mn.u

*Counsel for Plaintiff State of Minnesota*

Heather S. Nyong'o *(pro hac vice)*
Cleary Gottlieb Steen & Hamilton LLP
650 California St.
San Francisco, CA 94108
415-796-4400
hnyongo@cgsh.com

*Counsel for Defendants GTCR, LLC and GTCR BC Holdings, LLC*

*/s/ Paul Saint-Antoine*
Paul Saint-Antoine
Joanne C. Lewers
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2990
paul.saint-antoine@faegredrinker.com

Joshua P. Mahoney
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 212-6520
josh.mahoney@faegredrinker.com

*Counsel for Defendant Surmodics, Inc.*