UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants.* | Case No. 1:25-cv-02391 |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS *IN LIMINE***

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants GTCR, LLC, GTCR BC Holdings, LLC, and Surmodics, Inc. (collectively, "Defendants") respectfully move the Court to extend the deadline to file motions *in limine* by one day, until August 6, 2025. In support, Defendants state as follows:

1. Motions *in limine* are currently due today, August 5, 2025. Dkt. 167.

2. The Parties met and conferred for the first time on motions *in limine* on August 4. During the meet and confer, the Parties informed each other of the motions *in limine* they planned to file. The Parties agreed to resume the meet and confer on August 5.

3. The Parties met again at 12:00 pm on August 5. After the meet and confer concluded, both sides indicated they needed additional time to internally discuss their positions and consider potential resolutions to the proposed motions.

1

4. Given the ongoing meet and confer process, Defendants request a one-day extension, through August 6, so that each side has sufficient time to consider the others' positions and draft motions *in limine* with respect to any issues that remain in dispute.

5. Plaintiffs have indicated that they do not oppose this motion.

WHEREFORE, Defendants respectfully request this Court grant them a one-day extension, through August 6, to file motions *in limine*.

Date: August 5, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　<u>/s/ Sean M. Berkowitz</u>
　　　　　　　　　　　　　　　　　　　Sean M. Berkowitz
　　　　　　　　　　　　　　　　　　　Gary Feinerman
　　　　　　　　　　　　　　　　　　　Heather A. Waller
　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　330 North Wabash Avenue, Suite 2800
　　　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　　　312-876-7700
　　　　　　　　　　　　　　　　　　　sean.berkowitz@lw.com
　　　　　　　　　　　　　　　　　　　gary.feinerman@lw.com
　　　　　　　　　　　　　　　　　　　heather.waller@lw.com

　　　　　　　　　　　　　　　　　　　Kelly S. Fayne (pro hac vice)
　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　505 Montgomery Street, Suite 2000
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　415-391-0600
　　　　　　　　　　　　　　　　　　　kelly.fayne@lw.com

　　　　　　　　　　　　　　　　　　　Marguerite Sullivan (pro hac vice)
　　　　　　　　　　　　　　　　　　　Ian Conner (pro hac vice)
　　　　　　　　　　　　　　　　　　　Amanda P. Reeves (pro hac vice)
　　　　　　　　　　　　　　　　　　　Lawrence Buterman (pro hac vice)
　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　555 Eleventh Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　202-637-2200
　　　　　　　　　　　　　　　　　　　marguerite.sullivan@lw.com
　　　　　　　　　　　　　　　　　　　ian.conner@lw.com
　　　　　　　　　　　　　　　　　　　amanda.reeves@lw.com
　　　　　　　　　　　　　　　　　　　lawrence.buterman@lw.com


　　　　　　　　　　　　　　　　　　　<u>/s/ Daniel P. Culley</u>
　　　　　　　　　　　　　　　　　　　Daniel P. Culley
　　　　　　　　　　　　　　　　　　　D. Bruce Hoffman (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Blair West Matthews (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Cleary Gottlieb Steen & Hamilton LLP
　　　　　　　　　　　　　　　　　　　2112 Pennsylvania Avenue NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　(202) 974-1593
　　　　　　　　　　　　　　　　　　　dculley@cgsh.com
　　　　　　　　　　　　　　　　　　　bhoffman@cgsh.com
　　　　　　　　　　　　　　　　　　　bmatthews@cgsh.com

Heather S. Nyong'o *(pro hac vice)*
Cleary Gottlieb Steen & Hamilton LLP
650 California St.
San Francisco, CA 94108
415-796-4400
hnyongo@cgsh.com

*Counsel for Defendants GTCR, LLC and GTCR BC Holdings, LLC*

*/s/ Paul Saint-Antoine*
Paul Saint-Antoine
Joanne C. Lewers
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2990
paul.saint-antoine@faegredrinker.com

Joshua P. Mahoney
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 212-6520
josh.mahoney@faegredrinker.com

*Counsel for Defendant Surmodics, Inc.*