**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Federal Trade Commission, et al.
                          Plaintiff,

v.                                                            Case No.: 1:25−cv−02391
                                                                          Honorable Jeffrey I Cummings

GTCR BC Holdings, LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Telephonic status and motion hearing held on 8/7/25. Attorney Maltas' oral motion for leave to file an appearance is granted. For the reasons stated on the record, plaintiffs' Motion to Exclude Evidence and Arguments Regarding Defendants' Proposed Remedy [212] is granted in part and denied in part. Plaintiffs' motion is granted to the extent that defendants are barred from introducing the following evidence at the preliminary injunction hearing: (1) new and revised divestiture agreements or any associated supporting documents produced after July 31, 2025; (2) new and revised integration documents produced after July 31, 2025; and (3) any testimony regarding substantive changes to the divestiture package or integration planning occurring after July 31, 2025. To the extent defendants seek to introduce such evidence, they will be permitted to raise those arguments on a case−by−case basis at the preliminary injunction hearing. Plaintiffs' motion in limine is otherwise denied. For the reasons stated on the record, plaintiffs' Motion to Compel Divestiture Related Materials [199] is denied. Defendants' Motion in Limine to Exclude Full Deposition Testimony Transcripts and Exhibits Without a Sponsoring Witness [213] is granted in part and denied in part. Defendants' motion is denied to the extent that plaintiffs will be granted leave at the conclusion of the preliminary injunction hearing to submit a motion demonstrating good cause that any materials they did not offer through a sponsoring witness should be considered in the Court's ruling on the preliminary injunction. Defendants' motion in limine is otherwise granted. The parties are instructed to file a revised joint proposed pre−hearing order reflecting the Court's rulings on the record no later than 8/11/2025. Simultaneous with their filing, the parties shall also submit to proposed_order_cummings@ilnd.uscourts.gov a redlined copy of their revised joint proposed pre−hearing order compared to the prior draft [[207]−1]. As stated on the record, any motions by third parties seeking in camera review of any document or transcript containing confidential material planned to be introduced into evidence at the hearing shall be filed no later than 8/14/25. All deposition and investigational hearing transcripts should be designated by page and line number, and the parties shall exchange initial deposition and investigational hearing designations by 8/12/25. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.