# PX7046

## Confidential - Redacted In Entirety

# PX7029

**Confidential - Redacted In Entirety**

# PX7033

**Confidential - Redacted In Entirety**

# PX7070

## Confidential - Redacted In Entirety