# Exhibit A

**Confidential - Redacted In Entirety**

# Exhibit B

**Confidential - Redacted In Entirety**

# Exhibit C

**Confidential - Redacted In Entirety**