**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Federal Trade Commission, et al.

                    Plaintiff,

v.                                    Case No.: 1:25−cv−02391

                                    Honorable Jeffrey I Cummings

GTCR BC Holdings, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: On or before 8/15/25, the parties shall file a joint status report listing any outstanding issues (and a brief description of the parties' respective positions on any disputes) that need to be resolved at the 8/19/25 pre−hearing conference. The FTC shall also provide an update regarding the status of its review of defendants' proposed divestiture. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.