UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants*. | Case No. 1:25-cv-02391 |

**JOINT SUBMISSION OF THE PARTIES'**
**AUGUST 11, 2025 PROPOSED PRE-HEARING ORDER**

Pursuant to the Court's August 8, 2025 Minute Entry (Dkt. 227), the Parties respectfully submit the enclosed Joint Proposed Pre-Hearing Order, attached hereto as Exhibit A, which reflects the Court's rulings on the Parties' previously disputed issues and contains the Parties' current positions regarding settlement. The Parties note that they are still in the process of exchanging witness list orders and estimated times of testimony, objections to exhibit lists, and deposition designations and will file a Final Joint Proposed Pre-Hearing Order on Monday, August 18, 2025 in advance of the August 19 pre-hearing conference.

August 11, 2025

Respectfully submitted,

*/s/ Maia Perez (with consent)*
Maia Perez
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-3522
mperez@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission Midwest Regional Office
230 S. Dearborn Street, Room 3030
Chicago, IL 60604

*Local Counsel for Plaintiff*
*Federal Trade Commission*

*/s/ John Milligan*
JOHN MILLIGAN
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street, Floor 23
Chicago, IL 60603
(773) 505-5937
John.Milligan@ilag.gov

*Counsel for Plaintiff State of Illinois*

*/s/ Elizabeth Odette*
ELIZABETH ODETTE
Manager, Assistant Attorney General Antitrust Division
elizabeth.odette@ag.state.mn.us

*/s/ Zach Biesanz*
ZACH BIESANZ
Senior Enforcement Counsel Antitrust Division
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz
Gary Feinerman
Heather A. Waller
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
312-876-7700
sean.berkowitz@lw.com
gary.feinerman@lw.com
heather.waller@lw.com

Kelly S. Fayne (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600
kelly.fayne@lw.com

Marguerite Sullivan (pro hac vice)
Ian Conner (pro hac vice)
Amanda P. Reeves (pro hac vice)
Lawrence Buterman (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004
202-637-2200
marguerite.sullivan@lw.com
ian.conner@lw.com
amanda.reeves@lw.com
lawrence.buterman@lw.com

*/s/ Daniel P. Culley*
Daniel P. Culley
D. Bruce Hoffman (*pro hac vice*)
Blair West Matthews (*pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
(202) 974-1593
dculley@cgsh.com
bhoffman@cgsh.com
bmatthews@cgsh.com

2

| | |
|---|---|
| Saint Paul, MN 55101<br>(651) 757-1257<br>zach.biesanz@ag.state.mn.u<br><br>*Counsel for Plaintiff State of Minnesota* | Heather S. Nyong'o *(pro hac vice)*<br>Cleary Gottlieb Steen & Hamilton LLP<br>650 California St.<br>San Francisco, CA 94108<br>415-796-4400<br>hnyongo@cgsh.com<br><br>*Counsel for Defendants GTCR, LLC and GTCR BC Holdings, LLC*<br><br>*/s/ Paul Saint-Antoine*<br>Paul Saint-Antoine<br>Joanne C. Lewers<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>(215) 988-2990<br>paul.saint-antoine@faegredrinker.com<br><br>Joshua P. Mahoney<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>320 South Canal Street, Suite 3300<br>Chicago, IL 60606<br>Tel: (312) 212-6520<br>josh.mahoney@faegredrinker.com<br><br>*Counsel for Defendant Surmodics, Inc.* |