# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Federal Trade Commission, et al.

                           Plaintiff,

v.                                             Case No.: 1:25−cv−02391
                                                             Honorable Jeffrey I Cummings

GTCR BC Holdings, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

       MINUTE entry before the Honorable Jeffrey I Cummings: The parties are ordered to have a teleconference as soon as possible but no later than noon on 8/13/25 to discuss and resolve the issues raised by plaintiffs' outstanding request for permission to share the agreements (or redacted versions thereof) with certain third parties. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.