# PX7067

## Confidential - Redacted In Entirety