**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br>**STATE OF ILLINOIS**, and <br><br>**STATE OF MINNESOTA**, <br><br>      *Plaintiffs*, <br><br>   v. <br><br>**GTCR, LLC**, <br><br>**GTCR BC HOLDINGS, LLC**, and <br><br>**SURMODICS, INC.**, <br><br>      *Defendants*. | Case No. 1:25-cv-02391 <br><br> District Judge Jeffrey I. Cummings |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO**
**CORRECT THE RECORD PURSUANT TO FRCP 7(b)**

 NOW COME, Defendants GTCR, LLC, GTCR BC HOLDINGS, LLC, and SURMODICS, INC. ("Defendants"), pursuant to Federal Rule of Civil Procedure 7(b), and hereby respectfully move the Court for leave to correct the record submitted in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction. In support of this Motion, Defendants state as follows:

 1. On August 3, 2025, Defendants filed an Opposition to Plaintiffs' Motion for Preliminary Injunction. Dkt. 202. The Opposition attached the Declaration of Marguerite Sullivan in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction ("Declaration"). Dkt. 204.

1

2. Certain exhibit numbering in the Declaration was incorrect and the production number for one exhibit was not provided due to an inadvertent clerical error.

3. Defendants respectfully move for leave of the Court to submit the Corrected Declaration of Marguerite Sullivan in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction ("Corrected Declaration") and correct the record as follows:

    a. Paragraph 7 of the Declaration is corrected to identify the production number for Exhibit 5 as FTC-PROD-000005881.

    b. Paragraph 32 of the Declaration is corrected to identify Exhibit 30.

    c. Paragraph 33 of the Declaration is corrected to identify Exhibit 31.

    d. Paragraph 34 of the Declaration is corrected to identify Exhibit 32.

    e. Paragraph 35 of the Declaration is corrected to identify Exhibit 33.

    f. Paragraph 36 of the Declaration is corrected to identify Exhibit 34.

4. Defendants have not changed the substance of any of their submissions and seek only to add the missing production number for Exhibit 5 and correct the exhibit numbers referenced in the Declaration for the five paragraphs above. Defendants do not seek to make any changes to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction or the exhibits submitted with the Declaration.

5. Defendants' counsel conferred with counsel for Plaintiffs, and Plaintiffs agreed that they do not oppose this Motion.

WHEREFORE, Defendants respectfully request that this Court enter an order granting their Motion to Correct the Record and allow Defendants to file the Corrected Declaration as a replacement for Dkt. 204.

| | |
|---|---|
| Date: August 12, 2025 | Respectfully submitted,<br><br>*/s/ Sean M. Berkowitz*<br>Sean M. Berkowitz<br>Gary Feinerman<br>Heather A. Waller<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>312-876-7700<br>sean.berkowitz@lw.com<br>gary.feinerman@lw.com<br>heather.waller@lw.com<br><br>Kelly S. Fayne (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>415-391-0600<br>kelly.fayne@lw.com<br><br>Marguerite Sullivan (*pro hac vice*)<br>Ian Conner (*pro hac vice*)<br>Amanda P. Reeves (*pro hac vice*)<br>Lawrence Buterman (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Washington, DC 20004<br>202-637-2200<br>marguerite.sullivan@lw.com<br>ian.conner@lw.com<br>amanda.reeves@lw.com<br>lawrence.buterman@lw.com<br><br>*/s/ Daniel P. Culley*<br>Daniel P. Culley<br>D. Bruce Hoffman (*pro hac vice*)<br>Blair West Matthews (*pro hac vice*)<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 974-1593<br>dculley@cgsh.com<br>bhoffman@cgsh.com<br>bmatthews@cgsh.com |

3

Heather S. Nyong'o (*pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
650 California St.
San Francisco, CA 94108
415-796-4400
hnyongo@cgsh.com

*Counsel for Defendants GTCR, LLC and GTCR BC Holdings, LLC*


*/s/ Paul Saint-Antoine*
Paul Saint-Antoine (*pro hac vice*)
Joanne C. Lewers (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2990
paul.saint-antoine@faegredrinker.com

Joshua P. Mahoney
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 212-6520
josh.mahoney@faegredrinker.com

*Counsel for Defendant Surmodics, Inc.*

4