UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**FEDERAL TRADE COMMISSION**,

**STATE OF ILLINOIS**, and

**STATE OF MINNESOTA**,

                *Plaintiffs*,

     v.

**GTCR, LLC**,

**GTCR BC HOLDINGS, LLC**, and

**SURMODICS, INC.**,

                *Defendants*.

Case No. 1:25-cv-02391

District Judge Jeffrey I. Cummings

---

**DEFENDANTS' UNOPPOSED MOTION TO SEAL THE CORRECTED DECLARATION OF MARGUERITE SULLIVAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Paragraph 10 of the Confidentiality Order (Dkt. 61), Defendants GTCR, LLC, GTCR BC Holdings, LLC, and Surmodics, Inc. (collectively, "Defendants") respectfully move the Court for an order, pursuant to Rules 5.2 and 7(b) of the Federal Rules of Civil Procedure and Local Rules 5.8 and 26.2, directing the Clerk of the Court to file under seal, until further order, the Corrected Declaration of Marguerite Sullivan in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction ("Corrected Declaration"). Defendants' counsel conferred with counsel for Plaintiffs, and Plaintiffs agreed that they do not oppose this Motion.

Pursuant to the Court's Confidentiality Order, "[i]n the event that any Confidential

Material is contained in any pleading, motion, exhibit or other paper filed or to be filed with the Court, the Court shall be so informed by the Party filing such papers, and such papers shall be filed *in camera*." Dkt. No. 61, ¶ 10. The Corrected Declaration includes information designated as "Confidential Material," including potentially sensitive business information provided by Defendants and third-parties.

In conjunction with this motion, Defendants provisionally file under seal an unredacted version of the Corrected Declaration. Pursuant to the Confidentiality Order, Dkt. 61, Defendants will publicly file a redacted version of the Corrected Declaration within five (5) business days of the filing of the Corrected Declaration. At the time of filing, Defendants will also serve an unredacted version of the Corrected Declaration.

WHEREFORE, Defendants respectfully request this Court grant them leave to file under seal the Corrected Declaration.

Date: August 12, 2025

Respectfully submitted,

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz
Gary Feinerman
Heather A. Waller
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
312-876-7700
sean.berkowitz@lw.com
gary.feinerman@lw.com
heather.waller@lw.com

Kelly S. Fayne (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600
kelly.fayne@lw.com

Marguerite Sullivan (pro hac vice)
Ian Conner (pro hac vice)
Amanda P. Reeves (pro hac vice)
Lawrence Buterman (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004
202-637-2200
marguerite.sullivan@lw.com
ian.conner@lw.com
amanda.reeves@lw.com
lawrence.buterman@lw.com

*/s/ Daniel P. Culley*
Daniel P. Culley
D. Bruce Hoffman (*pro hac vice*)
Blair West Matthews (*pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
(202) 974-1593
dculley@cgsh.com
bhoffman@cgsh.com
bmatthews@cgsh.com

Heather S. Nyong'o (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California St.
San Francisco, CA 94108
415-796-4400
hnyongo@cgsh.com

*Counsel for Defendants GTCR, LLC and GTCR BC Holdings, LLC*

*/s/ Paul Saint-Antoine*
Paul Saint-Antoine (*pro hac vice*)
Joanne C. Lewers (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2990
paul.saint-antoine@faegredrinker.com

        Joshua P. Mahoney
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 212-6520
josh.mahoney@faegredrinker.com

*Counsel for Defendant Surmodics, Inc.*