# EXHIBIT A
# REDACTED IN ENTIRETY

# EXHIBIT B
# REDACTED IN ENTIRETY

# EXHIBIT C
# REDACTED IN ENTIRETY

# EXHIBIT D
# REDACTED IN ENTIRETY

# EXHIBIT E
# REDACTED IN ENTIRETY

# EXHIBIT F
# REDACTED IN ENTIRETY

# EXHIBIT G
# REDACTED IN ENTIRETY

# EXHIBIT H
# REDACTED IN ENTIRETY