# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC, GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.**, *Defendants*. | Case No. 25-cv-02391  Hon. Jeffrey I. Cummings |

## PLAINTIFFS' UNOPPOSED MOTION FOR LIMITED WAIVER OF LR 83.12

Plaintiffs respectfully move the Court for a limited waiver under LR 83.12(d) to allow Plaintiffs to appear before this Court on August 21 and 22 without a member of the trial bar in attendance. Ms. Le'Ora Tyree—who is a member of both the general bar of Illinois as well as the trial bar—has filed a notice of appearance on behalf of Plaintiffs in this matter. However, Ms. Tyree will not be available to attend the first two days of the preliminary injunction hearing due to a conflicting professional obligation. Musser Decl. ¶ 3. Plaintiffs, however, will continue to be ably represented by their lead counsel – Ms. Maia Perez – who meets all the substantive requirements for admission to the Illinois trial bar. Moreover, co-Plaintiff the State of Illinois, who under LR 83.12(a) is "entitled to appear in all matters before the court without admission to the trial bar", will be represented by Assistant Attorney General John Milligan who is a member of the general bar of Illinois and can be in attendance those two days.

LR 83.12(b) requires a member of the trial bar to appear in a testimonial proceeding such as this one. LR 83.12(b). However, the Court may waive that requirement to allow an attorney admitted to the general bar to appear alone after "a showing that the interests of justice are best served by a waiver of these rules." LR. 83.12(d). Here, Plaintiffs are merely requesting that this Court waive the requirements of LR 83.12(b) for two days of the seven-day hearing. Ms. Tyree will be available to support the team leading up to the proceeding to ensure that Plaintiffs are aware of and in compliance with local practice. Moreover, Ms. Perez—the lead counsel in this matter—has significant courtroom experience and meets all the requirements for admission to the Illinois Trial Bar. Musser Decl. ¶ 5-7. Prior to her employment at the Federal Trade Commission ("FTC"), Ms. Perez worked as an Assistant United States Attorney in the Northern District of California for nearly ten years and was the lead counsel or the assistant to the lead counsel in more than four trials in that role. Musser Decl. ¶ 5-6. Since joining the Federal Trade Commission as Senior Trial Counsel, Ms. Perez has been a key member of two separate preliminary injunction hearings such as this one. Musser Decl. ¶ 7. Finally, it is Plaintiffs' understanding that while there are several members of the Illinois trial bar who work out of the FTC's Chicago office, these consumer protection attorneys are all working on fast-moving cases that would suffer if they were to put them aside to attend a hearing on a case with which they have little-to-no familiarity. Given the limited relief sought, the expertise of lead counsel, and opportunity cost of allocating additional government resources to this case, it is in the interests of justice that this Court grant a waiver of the requirements of LR.12(b) for August 21 and 22, 2025. Defendants do not oppose this motion.

| | |
|---|---|
| Dated: August 13, 2025 | Respectfully submitted,<br><br>/s/ *Maia Perez*<br>Maia Perez<br>Jordan S. Andrew<br>James Weiss<br>Federal Trade Commission<br>Bureau of Competition<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel.: (202) 322-8971<br>Email: mperez@ftc.gov<br><br>*Counsel for Plaintiff Federal Trade Commission*<br><br>Le'Ora Tyree (IL Bar ID 6288669)<br>Federal Trade Commission<br>Bureau of Competition<br>Midwest Regional Office<br>230 S. Dearborn Street, Room 3030<br>Chicago, IL 60604<br><br>*Local Counsel for Plaintiff Federal Trade Commission* |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 13th day of August, 2025, I filed the foregoing with the Clerk of the Court.

            _/s/ Maia Perez_
            Maia Perez
            Attorney for Plaintiff Federal Trade Commission

Pursuant to Local Rule 5.9, I hereby certify that on this 13th day of August, 2025, the foregoing was electronically filed using the Court's CM/ECF system and constitutes service to the attorneys of record who have consented to accept service by electronic means and that GTCR, LLC's, GTCR BC Holdings, LLC's, and Surmodics, Inc.'s counsel of record are being served with a copy of this document via electronic mail.

            _/s/ Maia Perez_
            Maia Perez
            Attorney for Plaintiff Federal Trade Commission