UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** <br> *Plaintiffs,* <br><br> v. <br><br> **GTCR, LLC,** <br> **GTCR BC HOLDINGS, LLC,** and <br> **SURMODICS, INC.**, <br> *Defendants*. | Case No. 25-cv-02391 <br><br> Hon. Jeffrey I. Cummings |

### DECLARATION OF SUSAN A. MUSSER IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LIMITED WAIVER OF LR 83.12

I, Susan A. Musser declare as follows:

1. I am Chief Trial Counsel at the Federal Trade Commission ("FTC" or "Commission") and both Maia Perez and Leo Tyree's direct supervisor.

2. I make this declaration in support of the Plaintiffs' Unopposed Motion for Limited Waiver of Local Rule 83.12.

3. Ms. Tyree is unable to attend the hearing on August 21 and 22 due to conflicting professional obligations.

4. I have inquired with the local Chicago field office at the Federal Trade Commission and they do not have any other members of the Illinois trial bar who are able to attend.

5. Ms. Perez worked as an Assistant United States Attorney for the United States Attorney's Office for the Northern District of California from 2014 to 2024.

6. During her time as an Assistant United States Attorney, Ms. Perez was the lead counsel or the assistant to the lead counsel in more than four trials, including prosecutions for complex wire fraud, commodities fraud, and false statements to a bank.

7. In 2024, Ms. Perez was hired by the Federal Trade Commission. From 2024 to present, Ms. Perez assisted in two preliminary injunction hearings similar to the proceeding at issue here.

I am familiar with the issues raised in this motion and have personal knowledge of the facts stated herein. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on August 13, 2025 in Ormond Beach, Florida.

By: /s/ Susan A. Musser
Susan A. Musser
Chief Trial Counsel
Federal Trade Commission

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 13th day of August, 2025, I filed the foregoing with the Clerk of the Court.

                                      */s/ Maia Perez*
                                      Maia Perez
                                      Attorney for Plaintiff Federal Trade Commission

Pursuant to Local Rule 5.9, I hereby certify that on this 13th day of August, 2025, the foregoing was electronically filed using the Court's CM/ECF system and constitutes service to the attorneys of record who have consented to accept service by electronic means and that GTCR, LLC's, GTCR BC Holdings, LLC's, and Surmodics, Inc.'s counsel of record are being served with a copy of this document via electronic mail.

                                        */s/ Maia Perez*
                                      Maia Perez
                                      Attorney for Plaintiff Federal Trade Commission