**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Federal Trade Commission, et al.
                          Plaintiff,

v.                                           Case No.: 1:25−cv−02391
                                                      Honorable Jeffrey I Cummings

GTCR BC Holdings, LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court's 8/8/25 Order [227] is amended as follows: On or before 5:00 p.m. on 8/15/25, the parties shall file a joint status report listing any outstanding issues (and a brief description of the parties' respective positions on any disputes) that need to be resolved at the 8/19/25 pre−hearing conference. On or before 5:00 p.m. on 8/15/25, the FTC shall also submit to the Court's settlement correspondence mailbox (Settlement_Correspondence_Cummings@ilnd.usco urts.gov) with a copy to opposing counsel a report regarding the completion of its review of defendants' proposed divestiture which includes a statement as to whether it has received all of the information it has requested regarding the divestiture; whether it has resolved the issues concerning its request to share the agreements (or redacted versions thereof) with certain third parties; and the identification of its remaining concerns (if any) with the proposed partial divestiture of Biocoat.Mailed notice (cc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.