UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants*. | Case No. 1:25-cv-02391 Hon. Jeffrey I. Cummings |

**STATUS REPORT**

Plaintiffs submit this status report in response to the Court's instruction in Minute Entry Dkt. 360, to respond to Alembic's Response to Joint Status Report and Motion to Quash Subpoena, Dkt. 358, by August 18, 2025. Counsel for Alembic has communicated their intention to withdraw their Motion. As a result, Plaintiffs understand that this issue is now moot.

1

August 18, 2025

Respectfully submitted,

*/s/ Maia Perez*
Maia Perez
Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, DC 20580
Tel: (202) 326-3522
Email: mperez@ftc.gov
*Counsel for Plaintiff*
*Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission Midwest Regional Office
230 S. Dearborn Street, Room 3030
Chicago, IL 60604

*Local Counsel for Plaintiff*
*Federal Trade Commission*

*/s/ John Milligan*
JOHN MILLIGAN
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street, Floor 23
Chicago, IL 60603
Tel.: (773) 505-5937
Email: John.Milligan@ilag.gov

*Counsel for Plaintiff State of Illinois*

*/s/ Elizabeth Odette*
ELIZABETH ODETTE
Manager, Assistant Attorney General Antitrust Division
Email: elizabeth.odette@ag.state.mn.us

*/s/ Zach Biesanz*
ZACH BIESANZ
Senior Enforcement Counsel Antitrust Division
Email: zach.biesanz@ag.state.mn.us
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
Saint Paul, MN 55101

Tel.: (651) 757-1257

*Counsel for Plaintiff State of Minnesota*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 18th day of August, 2025, I filed the foregoing with the Clerk of the Court.

                                                 */s/ Maia Perez*
                                                 Maia Perez
                                                 Attorney for Plaintiff Federal Trade Commission

Pursuant to Local Rule 5.9, I hereby certify that on this 18th day of August 2025, the foregoing was electronically filed using the Court's CM/ECF system and constitutes service to the attorneys of record who have consented to accept service by electronic means and that GTCR, LLC's, GTCR BC Holdings, LLC's, and Surmodics, Inc.'s counsel of record are being served with a copy of this document via electronic mail.

                                               */s/ Maia Perez*
                                                 Maia Perez
                                                 Attorney for Plaintiff Federal Trade Commission