# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Federal Trade Commission, et al.

                            Plaintiff,

v.                                                               Case No.: 1:25−cv−02391

                                                                    Honorable Jeffrey I Cummings

GTCR BC Holdings, LLC, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Pre−hearing status hearing held on 8/19/25. The Court reviewed hearing procedures and guidelines and will issue further guidance on the Court's website in due course. The 8/21/25 preliminary injunction hearing will proceed as scheduled and will continue through 9/2/25 in Courtroom 1219. An overflow room will be available in Courtroom 1843. Pursuant to the policies of the Judicial Conference of the United States, remote access to the hearing will not be available. The hearing will proceed between 9:00 a.m. and approximately 6:00 p.m. each day. The parties are instructed to raise any disputes/issues with the Court's Courtroom Deputy at 8:45 a.m. prior to the onset of each day's testimony. The Court requests that the parties deliver two copies of each witness exhibit binder at or before 4:00 p.m. on the day before each witness is expected to testify. The parties shall continue to meet and confer regarding outstanding confidentiality issues related to the divesture agreement and evidentiary objections. Plaintiffs, by agreement, will submit their response to defendants' 8/18/25 settlement proposal to defense counsel and the Court's settlement correspondence mailbox, (Settlement_Correspondence_Cummings@ilnd.usco urts.gov), during the afternoon of 8/20/25. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.