**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> **STATE OF ILLINOIS,** and <br><br> **STATE OF MINNESOTA,** <br><br>      *Plaintiffs,* <br><br>      v. <br><br> **GTCR, LLC,** <br><br> **GTCR BC HOLDINGS, LLC,** and <br><br> **SURMODICS, INC.,** <br><br>      *Defendants.* | **Case No. 1:25-cv-02391** |

**CORRECTED DECLARATION OF MARGUERITE SULLIVAN
IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUCTION**

# REDACTED IN ENTIRETY

1