UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants.* | Case No: 1:25-cv-02391 Hon. Jeffrey I. Cummings |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 26.2, we submit on behalf of Johnson & Johnson copies of the exhibits filed under seal in Non-Party Johnson & Johnson's Unopposed Supplemental Motion for In Camera Treatment of Counter-Designated Deposition Testimony, redacted for the public record.

Dated:   August 19, 2025

Respectfully submitted,

By:   /s/ Antonia B. Sherman
Antonia B. Sherman
LINKLATERS LLP
601 Thirteenth Street NW
Suite 400 South
Washington, D.C. 20005
(202) 654-9200
(202) 654-9210 (fax)
antonia.sherman@linklaters.com

        Benjamin J. Bauer
LINKLATERS LLP
1290 Avenue of the Americas,
New York, NY 10104
(212) 903-9000
(212) 903-9100 (fax)
ben.bauer@linklaters.com

*Counsel for Johnson & Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th of August, 2025, I caused to be served a copy of the Notice of Filing with Non-Party Johnson & Johnson's Unopposed Supplemental Motion for In Camera Treatment of Counter-Designated Deposition Testimony via CM/ECF to counsel for Plaintiffs and Defendants.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Antonia B. Sherman

Antonia B. Sherman
LINKLATERS LLP
601 Thirteenth Street NW
Suite 400 South
Washington, D.C. 20005
(202) 654-9200
(202) 654-9210 (fax)
antonia.sherman@linklaters.com