# EXHIBIT A

# GTCR-Surmodics-2410095-TxtMap

# *2025.07.08 William Patrick Stephens (JnJ Shockwave)*

### *7/8/2025*

**Condensed Transcript with Endnotes**

**Issue Filter: FTC Counter-Designations**

**Prepared by:**

Jacob Hamburger
Federal Trade Commission

Monday, August 18, 2025

Page 1

1       UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF ILLINOIS
3          EASTERN DIVISION
4  - - - - - - - - - - - - - x
5  FEDERAL TRADE COMMISSION, :
6  STATE OF ILLINOIS,        :
7  and                       :
8  STATE OF MINNESOTA,       :
9        Plaintiffs, :
10     v.       : CA No. 1:25-cv-02391
11 GTCR, LLC; GTCR BC        :
12 HOLDINGS, LLC; and        :
13 SURMODICS, INC.,          :
14      Defendants. :
15 - - - - - - - - - - - - - X
16   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
17   Videotaped Deposition of JOHNSON & JOHNSON,
18   by and through its Designated Representative
19      WILLIAM PATRICK STEPHENS
20         Conducted Virtually
21     Tuesday, July 8, 2025, 12:42 p.m. EDT
22 Job No.: 590794
23 Pages 1 - 119
24 Reported by: Debra A. Whitehead

Page 2

1     Videotaped Deposition of WILLIAM PATRICK
2  STEPHENS, conducted virtually.
3
4
5        Pursuant to Subpoena, before Debra Ann
6  Whitehead, E-Notary Public in and for the
7  Commonwealth of Virginia.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 3

1        A P P E A R A N C E S
2 ON BEHALF OF PLAINTIFF FEDERAL TRADE COMMISSION:
3    JACOB HAMBURGER, ESQUIRE
4    YAN GAO, ESQUIRE
5    U.S. FEDERAL TRADE COMMISSION
6    600 Pennsylvania Avenue, NW
7    Washington, DC 20580
8    (202) 326-2071
9
10 ON BEHALF OF THE GTCR DEFENDANTS:
11    BLAIR WEST MATTHEWS (KUYKENDALL), ESQUIRE
12    MARY BORCHERS, ESQUIRE
13    CLEARY GOTTLIEB STEEN & HAMILTON LLP
14    2112 Pennsylvania Avenue
15    Washington, DC 20037
16    (202) 974-1500
17
18 ON BEHALF OF DEFENDANT SURMODICS:
19    JONATHAN H. TODT, ESQUIRE
20    FAEGRE DRINKER BIDDLE & REATH LLP
21    1500 K Street, NW, Suite 1100
22    Washington, DC 20005
23    (202) 230-5823
24

Page 4

1  A P P E A R A N C E S    C O N T I N U E D
2  ON BEHALF OF JOHNSON & JOHNSON:
3     ANTONIA SHERMAN, ESQUIRE
4     LINKLATERS, LLP
5     601 13th Street, NW
6     Suite 400 South
7     Washington, DC 20005
8     (202) 654-9200
9
10
11  ALSO PRESENT:
12     DANIEL ESPARZA, A/V Technician
13     MIKA IKEDA, ESQ., Johnson & Johnson
14     TOMAS REYES, Video Specialist
15
16
17
18
19
20
21
22
23
24



Page 13

Page 15

Q    What types of coatings can make a medical device's surface more lubricious?

Page 14

Page 16

















Page 93

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

Page 95

8    Q    What does Shockwave use hydrophilic
9    coatings for?
10    A    It uses hydrophilic coating to improve
11    the lubricity of its catheters to make them easier
12    to get to the target sites.
13    Q    What do you mean by "target sites"?
14    A    So when a patient comes in, typically
15    they'll have a narrowing in their artery, so
16    that's the target site that you need to get to.
17    So typically the catheter will be inserted either
18    through the groin or through the radial artery in
19    the arm.  And it needs to essentially go up
20    through the arteries and get either into the
21    coronary arteries or into one of the peripheral
22    arteries where the balloon is inflated and
23    ultimately treated with IVL.
24    Q    Can you explain to me what role

Page 94

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

Page 96

1    hydrophilic coatings play on Shockwave's devices
2    as they're inserted into the body?
3    A    Sure.  So when the physician starts to
4    insert them, it starts through an introducer
5    sheath or a guide catheter, depending on the
6    procedure type.
7        As it goes through that conduit, it goes
8    over a wire.  So there's a guide wire in place.
9    The more lubricious the catheter is, the easier it
10    is to push.  And the harder it is to push, the
11    more physicians worry they're going to damage the
12    vessel or traumatize the vessel.  So the less
13    friction means the less likely it is that you're
14    going to traumatize the vessel.
15    Q    Is it fair to say that damaging the
16    vessel or traumatizing the vessel refers to
17    harming the human body?
18    A    Yes.

**Page 97**

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2 Q   What does "the distal tip of the

3 catheter" refer to?

4 A   So when you insert the catheter, the

5 first thing that gets inserted into the body is

6 the tip.  And it's called the tip because it has

7 sort of a what you would call like maybe a

8 bullnose or tapered shape.  And so it tries to

9 make the transition from the guide wire to the

10 catheter as seamless as possible so there is no

11 edge to catch as you're moving through the body.

12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓'s

13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

16 Q   You mentioned earlier today that

17 Shockwave sells devices that do not use

18 hydrophiliccoatings.

19 Do you recall that?

20 A   Yes.

21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23 Q   What distinguishes those devices from

24 devices that do use hydrophilic coatings?

**Page 98**

1 A   Typically depends on the application.  So

2 if it's a device that goes into narrower arteries

3 and the tortuosity, so sort of the amount of

4 curves that you have to go through is high, the

5 more likely the device is to need a hydrophilic

6 coating.

7 The more that it's a sort of a straight

8 shot with not many curves to go around, the less

9 likely it is to need hydrophilic coating.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**Page 99**

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

13 Q   Why is a hydrophilic coating the most

14 commonly used when lubricity is necessary?

15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

17 A   I think that it's highly effective at

18 making a device highly lubricious.  So it's also

19 something that physicians are very familiar with,

20 so they're familiar with using sterile saline to

21 activate the coating.  So it's one of the most

22 typical ways that devices go from less lubricity

23 to more lubricity to make it easier to advance.

24 Q   What is it about the properties of

**Page 100**

1 hydrophilic coatings that make hydrophilic

2 coatings the most commonly used coating?

3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5 A   I mean, I think they're well-known in the

6 industry.  They're well-characterized in terms of

7 their biologic inertness.  So those two things in

8 combination with each other are the main reasons

9 they'rechosen.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24





Page 101

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 103

```
1
2
3
4
5
6
7
8
9
10
11
12   Q    In what situations would hydrophobic
13   coatings be used in medical devices?
14   A    I mean, hydrophobic coatings do make the
15   surface more lubricious.  In my experience they're
16   not as lubricious as the hydrophilic coatings.
17   But they're more durable.  So I think it's a
18   question of the performance attribute that you're
19   trying to optimize.
20   Q    And what does Shockwave attempt to
21   optimize in its medical devices that use
22   hydrophilic coatings?
23   A    The lubricity.
24   Q    Why is that?
```
23

Page 102

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 104

```
1   A    The lubricity is the best way to make it
2   easier to get to the target site like we talked
3   about, and the lowest likelihood of vessel trauma.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```
24





MS. MATTHEWS: Objection. Vague.





Page 117

Page 119

CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

1  I, Debra Ann Whitehead, E-Notary Public in and

2  for the Commonwealth of Virginia, the officer

3  before whom the foregoing proceedings were taken,

4  do hereby certify that the foregoing transcript is

5  a true and correct record of the proceedings; that

6  said proceedings were taken by me stenographically

7  and thereafter reduced to typewriting under my

8  supervision; that reading and signing was not

9  discussed; and that I am neither counsel for,

10  related to, nor employed by any of the parties to

11  this case and have no interest, financial or

12  otherwise, in its outcome.

13  IN WITNESS WHEREOF, I have hereunto set my hand

14  and affixed my notarial seal this 8th day of July,

15  2025.

16  My commission expires:

17  October 31, 2027

18

19

20

21  ----------------------------

22  E-NOTARY PUBLIC IN AND FOR THE

23  COMMONWEALTH OF VIRGINIA

Page 118

# Annotation Notes

1. **Pg: 15 Ln: 4 - 5**

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

2. **Pg: 18 Ln: 15 - 17**

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

3. **Pg: 23 Ln: 4 - 9**

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

4. **Pg: 23 Ln: 12 - 13**

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

5. **Pg: 28 Ln: 11 - 16**

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

6. **Pg: 52 Ln: 4 - 11**

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

7. **Pg: 52 Ln: 19 - 22**

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

8. **Pg: 53 Ln: 9 - 24**

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

9. **Pg: 54 Ln: 1 - 14**

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

**10.  Pg: 55 Ln: 1 - 3**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**11.  Pg: 57 Ln: 11 - 22**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**12.  Pg: 67 Ln: 24 - Pg: 68 Ln: 8**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**13.  Pg: 92 Ln: 11 - 16**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**14.  Pg: 92 Ln: 19 - 20**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**15.  Pg: 95 Ln: 8 - Pg: 96 Ln: 14**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**16.  Pg: 96 Ln: 15 - 18**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**17.  Pg: 96 Ln: 19 - Pg: 97 Ln: 11**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**18.  Pg: 97 Ln: 16 - 20**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**19.  Pg: 97 Ln: 23 - Pg: 98 Ln: 9**

**Note:** No Note Provided

**19.**  **Pg: 97 Ln: 23 - Pg: 98 Ln: 9** continued...

**Linked Issues:** FTC Counter-Designations

**20.**  **Pg: 99 Ln: 13 - 14**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**21.**  **Pg: 99 Ln: 17 - Pg: 100 Ln: 2**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**22.**  **Pg: 100 Ln: 5 - 9**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**23.**  **Pg: 103 Ln: 12 - Pg: 104 Ln: 6**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**24.**  **Pg: 104 Ln: 10 - Pg: 105 Ln: 22**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**25.**  **Pg: 106 Ln: 1 - 12**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**26.**  **Pg: 107 Ln: 3 - 8**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**27.**  **Pg: 109 Ln: 7 - 9**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**28.**  **Pg: 109 Ln: 11 - 20**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**29. Pg: 110 Ln: 1 - 2**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**30. Pg: 110 Ln: 18 - 19**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**31. Pg: 110 Ln: 21 - Pg: 111 Ln: 6**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**32. Pg: 113 Ln: 10 - 11**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**33. Pg: 113 Ln: 13 - 19**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**34. Pg: 114 Ln: 8 - Pg: 115 Ln: 8**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**35. Pg: 115 Ln: 11 - 17**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**36. Pg: 115 Ln: 20**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**37. Pg: 116 Ln: 10 - 13**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations

**38. Pg: 116 Ln: 16 - Pg: 117 Ln: 3**

**Note:** No Note Provided

**38.** **Pg: 116 Ln: 16 - Pg: 117 Ln: 3** continued...

**Linked Issues:** FTC Counter-Designations