# **EXHIBIT B**

# GTCR-Surmodics-2410095-TxtMap

# *2025.07.10 Deposition Transcript of Bart Johnson (JnJ)*

### 7/10/2025

**Condensed Transcript with Endnotes**

**Issue Filter: FTC Counter-Designations**

**Prepared by:**

Jacob Hamburger
Federal Trade Commission

Monday, August 18, 2025

## Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF ILLINOIS
 3                  EASTERN DIVISION
 4  - - - - - - - - - - - - - x
 5  FEDERAL TRADE COMMISSION, :
 6  STATE OF ILLINOIS,        :
 7  and                       :
 8  STATE OF MINNESOTA,       :
 9          Plaintiffs,       :
10    v.                      : CA No. 1:25-cv-02391
11  GTCR, LLC; GTCR BC        :
12  HOLDINGS, LLC; and        :
13  SURMODICS, INC.,          :
14          Defendants.       :
15  - - - - - - - - - - - - - X
16               CONFIDENTIAL
17     Videotaped Deposition of JOHNSON & JOHNSON,
18     by and through its Designated Representative
19               BART A. JOHNSON
20             Conducted Virtually
21      Thursday, July 10, 2025, 12:09 p.m. EDT
22  Job No.: 590795
23  Pages 1 - 87
24  Reported by:  Debra A. Whitehead
```

## Page 2

```
 1    Videotaped Deposition of BART A. JOHNSON,
 2  conducted virtually.
 3
 4
 5      Pursuant to Subpoena, before Debra Ann
 6  Whitehead, E-Notary Public in and for the
 7  Commonwealth of Virginia.
```

## Page 3

```
 1              A P P E A R A N C E S
 2  ON BEHALF OF PLAINTIFF FEDERAL TRADE COMMISSION:
 3       JACOB HAMBURGER, ESQUIRE
 4       NICHOLAS WIDNELL, ESQUIRE
 5       U.S. FEDERAL TRADE COMMISSION
 6       600 Pennsylvania Avenue, NW
 7       Washington, DC 20580
 8       (202) 326-2071
 9
10  ON BEHALF OF THE GTCR DEFENDANTS:
11       BLAIR WEST MATTHEWS (KUYKENDALL), ESQUIRE
12       MARY BORCHERS, ESQUIRE
13       CLEARY GOTTLIEB STEEN & HAMILTON LLP
14       2112 Pennsylvania Avenue
15       Washington, DC 20037
16       (202) 974-1500
17
18  ON BEHALF OF DEFENDANT SURMODICS:
19       JONATHAN H. TODT, ESQUIRE
20       FAEGRE DRINKER BIDDLE & REATH LLP
21       1500 K Street, NW, Suite 1100
22       Washington, DC 20005
23       (202) 230-5823
```

## Page 4

```
 1       A P P E A R A N C E S   C O N T I N U E D
 2  ON BEHALF OF JOHNSON & JOHNSON:
 3       ANTONIA SHERMAN, ESQUIRE
 4       LINKLATERS, LLP
 5       601 13th Street, NW
 6       Suite 400 South
 7       Washington, DC 20005
 8       (202) 654-9200
 9
10
11  ALSO PRESENT:
12       PEYTON ABRAMS, Video Specialist
13       MIKA IKEDA, ESQ., Johnson & Johnson
14       LAWRENCE WALLACE, A/V Technician
```



Page 9

Page 10

Page 11

Page 12

```
10   Q   Do you have any idea by how much?
11   A   I don't.  I don't know exactly how much.
```



Page 21

[Page 21 redacted]

Page 22

[Page 22 redacted]

Page 23

[Page 23 redacted]

Page 24

Q All right. And are you involved at all in the procurement process for the lubricious coatings?
A No.

[Remainder of Page 24 redacted]

[7/10/2025] 2025.07.10 Deposition Transcript of Bart Johnson (JnJ) — Pages 21 - 24







Page 73

```
 5    Q   Okay.  Has Surgical Vision always been
 6  operated by Johnson & Johnson?
 7    A   No; it was acquired by Johnson & Johnson
 8  Vision Care in approximately 2017 from formerly
 9  Abbott Medical Optics.
10    Q   And did Surgical Vision sell IOL devices
11  prior to its acquisition to -- by J&J?
13    A   Yes.  Yeah, that was -- so Abbott Medical
14  Optics, that was one of their primary businesses,
15  is intraocular lenses.
```

Page 74

Page 75

Page 77

[lines 1–24 redacted]

Page 78

[lines 1–7 redacted]

8  A    No.  So the -- yeah, the -- the current,
9  for the last, you know, more than 15 years
10 standard, for IOL technology has been a one-piece
11 IOL, meaning it's all one piece of material that's
12 either -- that's formed into the IOL.
13       Those -- all those IOLs require and use a
14 hydrophilic lubricious coating.
15       Partly, to just add, that the -- there's
16 been a trend for incision sizes to get smaller and
17 smaller.  Because the smaller the incision, the
18 less of -- the less uncertain -- less healing
19 there is, you don't require sutures, which are
20 painful for the patient.  So there's -- there's a
21 lot of benefits to minimizing the incision size.
22 And when you do that, it adds to the -- the
23 challenge, mechanical challenge, of compressing
24 the lens and delivering it without damage.  So the

Page 79

1  coating becomes much more critical.

[remainder of Page 79 redacted]

Page 80

[lines 1–24 redacted]



Page 85

[REDACTED]

Page 87

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2    I, Debra Ann Whitehead, E-Notary Public in and
3  for the Commonwealth of Virginia, the officer
4  before whom the foregoing proceedings were taken,
5  do hereby certify that the foregoing transcript is
6  a true and correct record of the proceedings; that
7  said proceedings were taken by me stenographically
8  and thereafter reduced to typewriting under my
9  supervision; that reading and signing was not
10 requested; and that I am neither counsel for,
11 related to, nor employed by any of the parties to
12 this case and have no interest, financial or
13 otherwise, in its outcome.
14   IN WITNESS WHEREOF, I have hereunto set my hand
15 and affixed my notarial seal this 10th day of
16 July, 2025.
17 My commission expires:
18 October 31, 2027
19
20
21 ----------------------------
22 E-NOTARY PUBLIC IN AND FOR THE
23 COMMONWEALTH OF VIRGINIA
24



## Annotation Notes

**1. Pg: 12 Ln: 10 - 11**

    **Note:** No Note Provided

    **Linked Issues:** FTC Counter-Designations

**2. Pg: 15 Ln: 12 - 23**

    **Note:** No Note Provided

    **Linked Issues:** FTC Counter-Designations

**3. Pg: 24 Ln: 2 - 5**

    **Note:** No Note Provided

    **Linked Issues:** FTC Counter-Designations

**4. Pg: 27 Ln: 6 - 9**

    **Note:** No Note Provided

    **Linked Issues:** FTC Counter-Designations

**5. Pg: 27 Ln: 11 - 14**

    **Note:** No Note Provided

    **Linked Issues:** FTC Counter-Designations

**6. Pg: 63 Ln: 2 - 10**

    **Note:** No Note Provided

    **Linked Issues:** FTC Counter-Designations

**7. Pg: 67 Ln: 3 - 6**

    **Note:** No Note Provided

    **Linked Issues:** FTC Counter-Designations

**8. Pg: 67 Ln: 9 - 23**

    **Note:** No Note Provided

    **Linked Issues:** FTC Counter-Designations

**9. Pg: 73 Ln: 5 - 11**

    **Note:** No Note Provided

    **Linked Issues:** FTC Counter-Designations

10. Pg: 73 Ln: 13 - 18

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

11. Pg: 73 Ln: 21 - 24

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

12. Pg: 78 Ln: 2 - 5

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

13. Pg: 78 Ln: 8 - Pg: 79 Ln: 1

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

14. Pg: 79 Ln: 4 - 7

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

15. Pg: 79 Ln: 10 - 21

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

16. Pg: 79 Ln: 24 - Pg: 80 Ln: 21

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

17. Pg: 81 Ln: 15 - 18

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

18. Pg: 82 Ln: 5 - 7

   **Note:** No Note Provided

   **Linked Issues:** FTC Counter-Designations

19. Pg: 82 Ln: 10 - 18

   **Note:** No Note Provided

**19. Pg: 82 Ln: 10 - 18** continued...

**Linked Issues:** FTC Counter-Designations

**20. Pg: 82 Ln: 23 - Pg: 83 Ln: 8**

**Note:** No Note Provided

**Linked Issues:** FTC Counter-Designations