# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Federal Trade Commission, et al.

                              Plaintiff,

v.                                                Case No.: 1:25−cv−02391

                                                                         Honorable Jeffrey I Cummings

GTCR BC Holdings, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

       MINUTE entry before the Honorable Jeffrey I Cummings: Preliminary injunction hearing held on 8/21/25 and continued to 8/22/25 at 8:30 a.m. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.