# APPENDIX A

APPENDIX A

| Exhibit No. |
|---|
| DX-0002 |
| DX-0020 |
| DX-0024 |
| DX-0025 |
| DX-0026 |
| DX-0027 |
| DX-0028 |
| DX-0029 |
| DX-0030 |
| DX-0031 |
| DX-0037 |
| DX-0044 |
| DX-0045 |
| DX-0046 |
| DX-0048 |
| DX-0049 |
| DX-0052 |
| DX-0053 |
| DX-0066 |
| DX-0077 |
| DX-0078 |
| DX-0082 |
| DX-0091 |
| DX-0093 |
| DX-0095 |
| DX-0099 |
| DX-0103 |
| DX-0107 |
| DX-0109 |
| DX-0114 |
| DX-0115 |
| DX-0116 |
| DX-0117 |
| DX-0118 |
| DX-0123 |
| DX-0124 |
| DX-0129 |
| DX-0136 |
| DX-0138 |
| DX-0139 |
| DX-0146 |

Admitted Trial Exhibits

APPENDIX A

| Exhibit No. |
|---|
| DX-0152 |
| DX-0153 |
| DX-0155 |
| DX-0160 |
| DX-0161 |
| DX-0172 |
| DX-0175 |
| DX-0176 |
| DX-0177 |
| DX-0178 |
| DX-0208 |
| DX-0228 |
| DX-0235 |
| DX-0248 |
| DX-0255 |
| DX-0260 |
| DX-0277 |
| DX-0279 |
| DX-0281 |
| DX-0284 |
| DX-0290 |
| DX-0306 |
| DX-0326 |
| DX-0335 |
| DX-0351 [Excerpt] |
| DX-0373 |
| DX-0390 |
| DX-0402 |
| DX-0414 |
| DX-0445 |
| DX-0484 |
| DX-0720 |
| DX-0736 |
| DX-0737 |
| DX-0739 |
| DX-0740 |
| DX-0741 |
| DX-0744 |
| DX-0748 |
| DX-0752 |

Admitted Trial Exhibits

APPENDIX A

| Exhibit No. |
| --- |
| DX-0753 |
| DX-0754 |
| DX-0760 |
| DX-1049 |
| DX-1050 |
| PX-0002 |
| PX-0003 |
| PX-0009 |
| PX-1005 |
| PX-1018 |
| PX-1019 |
| PX-1021 |
| PX-1026 |
| PX-1027 |
| PX-1028 |
| PX-1060 |
| PX-1097 |
| PX-1098 |
| PX-1100 |
| PX-1108 |
| PX-1109 |
| PX-1115 |
| PX-1118 |
| PX-1147 |
| PX-1154 |
| PX-1159 |
| PX-1192 |
| PX-1228 |
| PX-1253 |
| PX-1256 |
| PX-1272 |
| PX-1277 |
| PX-1289 |
| PX-1294 |
| PX-1299 |
| PX-1313 |
| PX-1322 |
| PX-1327 |
| PX-1328 |
| PX-1329 |
| PX-1330 |

Admitted Trial Exhibits

APPENDIX A

| Exhibit No. |
|---|
| PX-1333 |
| PX-1344 |
| PX-1354 |
| PX-1368 |
| PX-1369 |
| PX-1390 |
| PX-1432 |
| PX-1437 |
| PX-1438 |
| PX-1445 |
| PX-1452 |
| PX-1455 |
| PX-1457 |
| PX-1458 |
| PX-1460 |
| PX-1461 |
| PX-1467 |
| PX-1478 |
| PX-1482 |
| PX-1483 |
| PX-1492 |
| PX-1495 |
| PX-1497 |
| PX-1503 |
| PX-1504 |
| PX-1505 |
| PX-1506 |
| PX-1528 |
| PX-1541 |
| PX-1547 |
| PX-1552 |
| PX-1553 |
| PX-1561 |
| PX-1562 |
| PX-1565 |
| PX-1567 |
| PX-1570 |
| PX-1593 |
| PX-1610 |
| PX-1611 |
| PX-1627 |

Admitted Trial Exhibits

APPENDIX A

| Exhibit No. |
|---|
| PX-1633 |
| PX-1672 |
| PX-1686 |
| PX-1689 |
| PX-1690 |
| PX-1691 |
| PX-1694 |
| PX-1695 |
| PX-1696 |
| PX-1700 |
| PX-1702 |
| PX-1704 |
| PX-1705 |
| PX-1708 |
| PX-1709 |
| PX-1714 |
| PX-1715 |
| PX-1716 |
| PX-1719 |
| PX-1720 |
| PX-1726 |
| PX-1727 |
| PX-1729 |
| PX-1731 |
| PX-1735 |
| PX-1736 |
| PX-1737 |
| PX-1738 |
| PX-1739 |
| PX-1740 |
| PX-1741 |
| PX-1745 |
| PX-1746 |
| PX-1748 |
| PX-1749 |
| PX-1750 |
| PX-1751 |
| PX-1754 |
| PX-1755 |
| PX-1757 |
| PX-1780 |

Admitted Trial Exhibits

APPENDIX A

| Exhibit No. |
|---|
| PX-1810 |
| PX-2006 |
| PX-2007 |
| PX-2041 |
| PX-2048 |
| PX-2049 |
| PX-2051 |
| PX-2052 |
| PX-2054 |
| PX-2057 |
| PX-2061 |
| PX-2065 |
| PX-2075 |
| PX-2078 |
| PX-2079 |
| PX-2098 |
| PX-2156 |
| PX-2213 |
| PX-2218 |
| PX-2219 |
| PX-2226 |
| PX-2229 |
| PX-2248 |
| PX-2250 |
| PX-2252 |
| PX-2260 |
| PX-2261 |
| PX-2296 |
| PX-2300 |
| PX-2304 |
| PX-2315 |
| PX-3003 |
| PX-3009 |
| PX-3010 |
| PX-3011 |
| PX-3016 |
| PX-3023 |
| PX-3035 |
| PX-3040 |
| PX-3042 |
| PX-3047 |

Admitted Trial Exhibits

APPENDIX A

| Exhibit No. |
|---|
| PX-3048 |
| PX-3049 |
| PX-3069 |
| PX-3086 |
| PX-3110 |
| PX-3144 |
| PX-3155 |
| PX-3224 |
| PX-3225 |
| PX-3226 |
| PX-3227 |
| PX-3231 |
| PX-3232 |
| PX-3233 |
| PX-3234 |
| PX-3238 |
| PX-3239 |
| PX-3241 |
| PX-3251 |
| PX-3253 |
| PX-3254 |
| PX-3258 |
| PX-3260 |
| PX-3264 |
| PX-3265 |
| PX-3274 |
| PX-3278 |
| PX-3279 |
| PX-3281 |
| PX-3282 |
| PX-3283 |
| PX-3298 |
| PX-4000 |
| PX-4001 |
| PX-4004 |
| PX-4005 |
| PX-4008 |
| PX-4012 |
| PX-4013 |
| PX-4020 |
| PX-4025 |

Admitted Trial Exhibits

APPENDIX A

| Exhibit No. |
|---|
| PX-6020 |
| PX-6084 |
| PX-6085 |
| PX-6090 |

Admitted Trial Exhibits

| DDX Number | Descritpion | |
|---|---|---|
| | Defendants' Opening Statement | |
| | Surmodics' Opening Statement | |
| | Defendants' Closing Statement | |
| DDX-001 | Thermal-Cured vs. UV-Cured Coatings | |
| DDX-002 | Transaction Benefits | |
| DDX-003 | Divestiture Assets | |
| DDX-004 | Table 4 Summary of Customer Declarations | |
| DDX-005 | Practical Indicia | |
| DDX-006 | The FTC Merger Remedies (From DX-594) | |
| DDX-008 | Dr. Paul Wong Direct Slides | |
| DDX-011 | FDA Market Shares | |

Defendants' Demonstratives

| PDX Number | Descritpion | Notes |
|---|---|---|
| PDX-01 | Plaintiffs' Opening Statement | |
| PDX-02 | Harland Website Page | |
| PDX-03 | Harland Demonstrative | |
| PDX-04 | Surmodics' Website Page | |
| PDX-05 | Medtronic: Medical Hydrophilic Coaters | |
| PDX-06 | Aneurysm Video | |
| PDX-07 | Josh De Freitas (Biocoat) Cross Examination Presentation | |
| PDX-08 | Medtronic Marksman Catheter Website Page | |
| | Expert Testimony of Aaron Fix, Ph.D. Presentation | |
| PDX-11 | Expert Rebuttal Testimony of Aaron Fix, PH.D. | Removed pages 13-14, per Court's ruling at Tr. 1851:20-1852:3. |
| | Dr. Paul Wong Cross Examination Presentation | |
| | Plaintiffs' Closing Arguments | |

Plaintiffs' Demonstratives