UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, **STATE OF ILLINOIS**, and **STATE OF MINNESOTA**, <br><br>*Plaintiffs*, <br><br>v. <br><br>**GTCR, LLC**, <br><br>**GTCR BC HOLDINGS, LLC**, and <br><br>**SURMODICS, INC.**, <br><br>*Defendants*. | Case No. 1:25-cv-02391 <br><br> Hon. Jeffrey I. Cummings |

**JOINT MOTION FOR ENTRY OF [PROPOSED]
STIPULATED ORDER CONTINUING PLAINTIFFS'
RESPONSE TO DEFENDANTS' COUNTERCLAIMS**

Plaintiffs Federal Trade Commission ("FTC"), the State of Illinois, and the State of Minnesota (collectively, "Plaintiffs") and Defendants GTCR, LLC, GTCR BC Holdings, LLC, and Surmodics, Inc. (collectively, "Defendants," together with Plaintiffs, the "Parties") respectfully request that the Court enter their [Proposed] Stipulated Order continuing the deadline for Plaintiffs to respond to the Counterclaims filed by Defendants, until December 1, 2025. In support, the Parties state the following:

1. The FTC filed its Complaint against Defendant GTCR BC Holdings, LLC and Defendant Surmodics, Inc. on March 6, 2025 (ECF No. 1).

1

2. Defendant GTCR BC Holdings, LLC and Defendant Surmodics, Inc. served Counterclaims against the Commission on April 16, 2025 (ECF Nos. 49, 51, 73, 83).

3. The FTC filed an Amended Complaint adding the State of Illinois and the State of Minnesota as Plaintiffs and GTCR LLC as a Defendant on April 16, 2025 (ECF No. 66).

4. On June 10, 2025, the FTC filed an Unopposed Motion to Continue Its Response to Defendants' Counterclaims until September 19, 2025, given Defendant GTCR's then forthcoming deadline to answer or otherwise plead as well as the August 21, 2025 preliminary injunction hearing (ECF No. 119).

5. On June 10, 2025, the Court granted the FTC's Unopposed Motion to Continue Its Response to Defendants' Counterclaims, and ordered that the FTC's response shall be filed by September 19, 2025 (ECF No. 120).

6. GTCR LLC answered the Amended Complaint on June 30, 2025 (ECF No. 162).

7. The Court held the preliminary injunction hearing from August 21, 2025 through September 2, 2025 (ECF No. 416) (transcript of proceedings).

8. The Parties submitted post-hearing proposed findings of fact and conclusions of law on September 16, 2025 (ECF Nos. 418, 419).

9. Given Plaintiffs' pending request for a preliminary injunction, the Parties have conferred and agree to continue the deadline for Plaintiffs to file a response to Defendants' Counterclaims until December 1, 2025, and the deadline for Defendants to file their opposition to Plaintiffs' response until December 29, 2025.

September 19, 2025

*/s/ Heather A. Waller*

Amanda P. Reeves (*pro hac vice*)
Marguerite Sullivan (*pro hac vice*)
Lawrence Buterman (*pro hac vice*)
Ian Conner (*pro hac vice*)
Latham & Watkins LLP
555 11th Street NW, Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
amanda.reeves@lw.com
marguerite.sullivan@lw.com
lawrence.buterman@lw.com
ian.conner@lw.com

Sean M. Berkowitz
Gary Feinerman
Heather A. Waller
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
312-876-7700
sean.berkowitz@lw.com
gary.feinerman@lw.com
heather.waller@lw.com

Kelly S. Fayne (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600
kelly.fayne@lw.com

*/s/ Daniel P. Culley*

Daniel P. Culley
D. Bruce Hoffman (*pro hac vice*)
Blair West Matthews (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
(202) 974-1593
dculley@cgsh.com

Respectfully submitted,

*/s/ Maia Perez*

Maia Perez Jordan
S. Andrew James
Weiss
Federal Trade Commission 600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-3522
Email: mperez@ftc.gov
*Counsel for Plaintiff Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission
Midwest Regional Office
230 S. Dearborn Street, Room 3030
Chicago, IL 60604
*Local Counsel for Plaintiff Federal Trade Commission*

*/s/ John Milligan*

JOHN MILLIGAN
Assistant Attorney General
Office of the Illinois Attorney General 115 S. LaSalle Street, Floor 23
Chicago, IL 60603
Tel.: (773) 505-5937
Email: John.Milligan@ilag.gov
*Counsel for Plaintiff State of Illinois*

*/s/ Elizabeth Odette*

ELIZABETH ODETTE
Manager, Assistant Attorney General
Antitrust Division
Email: elizabeth.odette@ag.state.mn.us

*/s/ Zach Biesanz*

ZACH BIESANZ
Senior Enforcement Counsel Antitrust Division
Email: zach.biesanz@ag.state.mn.us Office of the Minnesota Attorney General 445 Minnesota Street, Suite 600
Saint Paul, MN 55101 Tel.: (651) 757-1257
*Counsel for Plaintiff State of Minnesota*

3

bhoffman@cgsh.com
bmatthews@cgsh.com

Heather S. Nyong'o (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California St.
San Francisco, CA 94108
415-796-4400
hnyongo@cgsh.com

*Counsel for Defendants GTCR, LLC and*
*GTCR BC Holdings, LLC*

/s/ Paul Saint-Antoine

Paul Saint-Antoine (*pro hac vice*)
Joanne C. Lewers (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2990
paul.saint-antoine@faegredrinker.com
joanne.lewers@faegredrinker.com

Joshua P. Mahoney
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 212-6520
josh.mahoney@faegredrinker.com

*Counsel for Defendant Surmodics, Inc.*