# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Federal Trade Commission, et al.
                                Plaintiff,
v.                                              Case No.: 1:25−cv−02391
                                                Honorable Jeffrey I Cummings
GTCR BC Holdings, LLC, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 19, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: The parties' joint motion for order continuing plaintiffs' deadline to respond to defendants' counterclaims [421] is granted. Plaintiffs shall answer or otherwise plead to defendants' counterclaims by 12/1/25. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.