UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, **STATE OF ILLINOIS,** and **STATE OF MINNESOTA**, *Plaintiffs*, v. **GTCR, LLC, GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.**, *Defendants*. | Case No. 25-cv-02391<br><br>Hon. Jeffrey I. Cummings |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.17, Susan A. Musser respectfully withdraws as an attorney of record for Plaintiff Federal Trade Commission in this matter. The FTC will continue to be represented by the undersigned counsel and other attorneys who have entered appearances for the FTC in this action.

Dated: 10/01/2025

*Withdrawing Attorney:*

s/ Susan A. Musser
Susan A. Musser
(DC Bar # 1531486)

Respectfully Submitted,

s/ Maia Perez
Maia Perez (CA Bar # 278215)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 322-8971
Email: mperez@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

| | |
|---|---|
| Dated: October 1, 2025 | Respectfully submitted,<br>s/ *Maia Perez*<br>Maia Perez<br>Jordan S. Andrew<br>James Weiss<br>Federal Trade Commission<br>Bureau of Competition<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel.: (202) 322-8971<br>Email: mperez@ftc.gov<br><br>*Counsel for Plaintiff Federal Trade Commission*<br><br>Le'Ora Tyree (IL Bar ID 6288669)<br>Federal Trade Commission<br>Bureau of Competition<br>Midwest Regional Office<br>230 S. Dearborn Street, Room 3030<br>Chicago, IL 60604<br><br>*Local Counsel for Plaintiff Federal Trade Commission* |

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on the 1st day of October, 2025, I filed the foregoing with the Clerk of the Court.

                                          *s/ Maia Perez*
                                          Maia Perez
                                          Attorney for Plaintiff Federal Trade Commission

Pursuant to Local Rule 5.9, I hereby certify that on this 1st day of October, 2025, the foregoing was electronically filed using the Court's CM/ECF system and constitutes service to the attorneys of record who have consented to accept service by electronic means and that GTCR, LLC's, GTCR BC Holdings, LLC's, and Surmodics, Inc.'s counsel of record are being served with a copy of this document via electronic mail.

                                          *s/ Maia Perez*
                                          Maia Perez
                                          Attorney for Plaintiff Federal Trade Commission