# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants.* | **Case No. 1:25-cv-02391** **Hon. Jeffrey I. Cummings** |

## COMBINED LIST OF COUNSEL ATTENDING NOVEMBER 10, 2025 HEARING

Pursuant to the Court's Minute Entry, Dkt. No. 443, the following is a combined list of the attorneys who will be present for today's telephonic hearing.[1]

**On Behalf of Plaintiffs**

- Maia Perez, Federal Trade Commission
- Jessica Weiner, Federal Trade Commission
- John Milligan, State of Illinois
- Elizabeth Odette, State of Minnesota
- Zach Biesanz, State of Minnesota
- Jon Woodruff, State of Minnesota

---

[1] Plaintiffs conferred with Defendants regarding attorneys who will attend the hearing.

**On Behalf of GTCR, LLC and GTCR BC Holdings, LLC**

- Lawrence Buterman, Latham & Watkins LLP
- Marguerite Sullivan, Latham & Watkins LLP
- Gary Feinerman, Latham & Watkins LLP
- Heather Waller, Latham & Watkins LLP
- Daniel P. Culley, Cleary Gottlieb Steen & Hamilton LLP

**On Behalf of Surmodics, Inc.**

- Paul Saint-Antoine, Faegre Drinker Biddle & Reath LLP
- Joanne Lewers, Faegre Drinker Biddle & Reath LLP
- Joshua Mahoney, Faegre Drinker Biddle & Reath LLP
- Jonathan Todt, Faegre Drinker Biddle & Reath LLP

November 10, 2025

Respectfully submitted,

*/s/ Maia Perez*
Maia Perez
Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, DC 20580
Tel: (202) 326-3522
Email: mperez@ftc.gov
*Counsel for Plaintiff*
*Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission Midwest Regional Office
230 S. Dearborn Street, Room 3030
Chicago, IL 60604
*Local Counsel for Plaintiff*
*Federal Trade Commission*

*/s/ John Milligan*
JOHN MILLIGAN
Assistant Attorney General
Office of the Illinois Attorney General 115 S. LaSalle Street, Floor 23
Chicago, IL 60603
Tel.: (773) 505-5937
Email: John.Milligan@ilag.gov
*Counsel for Plaintiff State of Illinois*

*/s/ Elizabeth Odette*
ELIZABETH ODETTE
Manager, Assistant Attorney General Antitrust Division
Email: elizabeth.odette@ag.state.mn.us

*/s/ Zach Biesanz*
ZACH BIESANZ
Senior Enforcement Counsel Antitrust Division
Email: zach.biesanz@ag.state.mn.us Office of the Minnesota Attorney General 445 Minnesota Street, Suite 600
Saint Paul, MN 55101 Tel.: (651) 757-1257
*Counsel for Plaintiff State of Minnesota*