# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
## Eastern Division

Federal Trade Commission, et al.
                                             Plaintiff,

v.                                                      Case No.: 1:25−cv−02391
                                                           Honorable Jeffrey I Cummings

GTCR BC Holdings, LLC, et al.
                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2025:

       MINUTE entry before the Honorable Jeffrey I Cummings: Telephonic ruling held on 11/10/25. For the reasons stated in detail on the record, the Court, in its discretion, denies plaintiffs' motion for preliminary injunction. Further, for the reasons discussed on the record, the Court grants plaintiffs' request for an extension of the amended stipulated temporary restraining order. The TRO entered on May 28, 2025 [109] is extended to November 17, 2025 at 5:00 p.m. CST. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.