UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** **STATE OF ILLINOIS,** and **STATE OF MINNESOTA,** *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.,** *Defendants*. | Case No. 1:25-cv-02391 Hon. Jeffrey I. Cummings |

**JOINT STATUS REPORT**

Pursuant to the Court's instructions at the November 10, 2025, telephonic ruling, the Parties submit this Joint Status Report regarding what further action, if any, that this Court may need to take with this case.

Plaintiffs do not intend to appeal the Court's November 10, 2025 ruling. Accordingly, the parties jointly move this Court to terminate the temporary restraining order.

The parties will meet and confer regarding the status of Defendants' counterclaims and will provide an update on or before December 1, 2025. There is no additional action for the Court to take at this time.

1

November 14, 2025

Respectfully submitted,

*/s/ Maia Perez*
Maia Perez
Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, DC 20580
Tel: (202) 326-3522
Email: mperez@ftc.gov
*Counsel for Plaintiff*
*Federal Trade Commission*

Le'Ora Tyree
Federal Trade Commission Midwest Regional Office
230 S. Dearborn Street, Room 3030
Chicago, IL 60604
*Local Counsel for Plaintiff*
*Federal Trade Commission*

*/s/ John Milligan*
JOHN MILLIGAN
Assistant Attorney General
Office of the Illinois Attorney General 115 S. LaSalle Street, Floor 23
Chicago, IL 60603
Tel.: (773) 505-5937
Email: John.Milligan@ilag.gov
*Counsel for Plaintiff State of Illinois*

*/s/ Elizabeth Odette*
ELIZABETH ODETTE
Manager, Assistant Attorney General Antitrust Division
Email: elizabeth.odette@ag.state.mn.us

*/s/ Zach Biesanz*
ZACH BIESANZ
Senior Enforcement Counsel Antitrust Division
Email: zach.biesanz@ag.state.mn.us Office of the Minnesota Attorney General 445 Minnesota Street, Suite 600
Saint Paul, MN 55101 Tel.: (651) 757-1257
*Counsel for Plaintiff State of Minnesota*

*/s/ Daniel P. Culley*
Daniel P. Culley
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 974-1593
Email: dculley@cgsh.com
*Counsel for Defendants GTCR, LLC and GTCR BC Holdings, LLC*

*/s/ Paul Saint-Antoine*
Paul Saint-Antoine
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel.: (215) 988-2990
Email: paul.saint-antoine@faegredrinker.com
*Counsel for Defendant Surmodics, Inc.*