UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, **STATE OF ILLINOIS,** and **STATE OF MINNESOTA**, *Plaintiffs,* v. **GTCR, LLC,** **GTCR BC HOLDINGS, LLC,** and **SURMODICS, INC.**, *Defendants*. | Case No. 25-cv-02391 Hon. Jeffrey I. Cummings |

**ORDER TERMINATING TEMPORARY RESTRAINING ORDER**

Upon consideration of the Parties' motion to terminate the Temporary Restraining Order in the Joint Status Report, Dkt. No. [447],

IT IS HEREBY ORDERED that the Amended Stipulated Temporary Restraining Order, Dkt. No.109, extended on November 10, 2025, Dkt. No. 445, is terminated.

SO ORDERED, this 17th day of November, 2025.

_____
Jeffrey I. Cummings
United States District Judge