# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, **STATE OF ILLINOIS**, and **STATE OF MINNESOTA**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **GTCR, LLC**, **GTCR BC HOLDINGS, LLC**, and **SURMODICS, INC.**, <br><br> *Defendants*. | Case No. 1:25-cv-02391 <br><br> Hon. Jeffrey I. Cummings |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Federal Trade Commission, State of Illinois, and State of Minnesota, on the one hand, and Defendants GTCR, LLC, GTCR BC Holdings, LLC, and Surmodics, Inc., on the other, stipulate to the dismissal with prejudice of Defendant GTCR BC Holdings, LLC's Counterclaims (ECF Nos. 87, 89) and Defendant Surmodics, Inc.'s Counterclaims (ECF Nos. 84, 85), with each party to bear its own costs, expenses, and attorneys' fees. Because Plaintiffs' sole claim for relief was for a preliminary injunction (ECF No. 66 at 1-2, 33-35), and because the Court denied that relief (ECF No. 445; *see also* ECF Nos. 449-450), the Counterclaims are the only remaining claims for relief. With the dismissal of the Counterclaims, judgment may be entered and the case may be closed.


Date: November 25, 2025                                                                 Respectfully submitted,

| | |
|---|---|
| */s/ Maia Perez (with consent)*<br>Maia Perez<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(202) 326-3522<br>mperez@ftc.gov<br><br>*Counsel for Plaintiff*<br>*Federal Trade Commission*<br><br>Le'Ora Tyree<br>Federal Trade Commission Midwest Regional Office<br>230 South Dearborn Street, Room 3030<br>Chicago, IL 60604<br><br>*Local Counsel for Plaintiff*<br>*Federal Trade Commission*<br><br>*/s/ John Milligan (with consent)*<br>John Milligan<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 South LaSalle Street, Floor 23<br>Chicago, IL 60603<br>(773) 505-5937<br>John.Milligan@ilag.gov<br><br>*Counsel for Plaintiff State of Illinois*<br><br>*/s/ Elizabeth Odette (with consent)*<br>Elizabeth Odette<br>Manager, Assistant Attorney General<br>Antitrust Division<br>elizabeth.odette@ag.state.mn.us<br><br>Zach Biesanz<br>Senior Enforcement Counsel Antitrust Div.<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 600<br>Saint Paul, MN 55101 | */s/ Heather A. Waller*<br>Sean M. Berkowitz<br>Gary Feinerman<br>Heather A. Waller<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>312-876-7700<br>sean.berkowitz@lw.com<br>gary.feinerman@lw.com<br>heather.waller@lw.com<br><br>Kelly S. Fayne (pro hac vice)<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>415-391-0600<br>kelly.fayne@lw.com<br><br>Marguerite Sullivan (pro hac vice)<br>Ian Conner (pro hac vice)<br>Amanda P. Reeves (pro hac vice)<br>Lawrence Buterman (pro hac vice)<br>Latham & Watkins LLP<br>555 Eleventh Street, NW<br>Washington, DC 20004<br>202-637-2200<br>marguerite.sullivan@lw.com<br>ian.conner@lw.com<br>amanda.reeves@lw.com<br>lawrence.buterman@lw.com<br><br>Daniel P. Culley<br>D. Bruce Hoffman (pro hac vice)<br>Blair West Matthews (pro hac vice)<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 974-1593<br>dculley@cgsh.com<br>bhoffman@cgsh.com<br>bmatthews@cgsh.com |

| | |
|---|---|
| (651) 757-1257<br>zach.biesanz@ag.state.mn.us<br><br>*Counsel for Plaintiff State of Minnesota* | Heather S. Nyong'o (pro hac vice)<br>Cleary Gottlieb Steen & Hamilton LLP<br>650 California Street<br>San Francisco, CA 94108<br>415-796-4400<br>hnyongo@cgsh.com<br><br>*Counsel for Defendants GTCR, LLC and GTCR BC Holdings, LLC*<br><br>*/s/ Paul Saint-Antoine (with consent)*<br>Paul Saint-Antoine<br>Joanne C. Lewers<br>Faegre Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>(215) 988-2990<br>paul.saint-antoine@faegredrinker.com<br>joanne.lewers@faegredrinker.com<br><br>Joshua P. Mahoney<br>Faegre Drinker Biddle & Reath LLP<br>320 South Canal Street, Suite 3300<br>Chicago, IL 60606<br>(312) 212-6520<br>josh.mahoney@faegredrinker.com<br><br>*Counsel for Defendant Surmodics, Inc.* |